a. For a *life-threatening* condition, the provision of prescription drugs or intravenous infusions for which the *enrollee* is receiving benefits under the health plan, or a *step therapy protocol* exception request, by telephone to be followed by facsimile, electronic mail, or other method of transmission not later than the 3rd day after the IRO receives the request that the determination be made; or

b. For a condition other than a *life-threatening* condition, in writing and sent via mail or otherwise transmitted not later than the earlier of:

   i. The 15th day after the date the IRO receives the information necessary to make the determination; or

   ii. The 20th day after the date the organization receives the request for independent review.

4. **General Information:**

   a. The payor and utilization review agent must comply with the IROs determination.

   b. The utilization review agent must pay for the independent review and may recover costs associated with the independent review from the payor.

This rider applies to *covered persons* who reside in the state of Texas.

This rider will not change, waive, or extend any part of the *policy*/certificate, other than as stated herein.

**Golden Rule Insurance Company**



**President**

## GOLDEN RULE INSURANCE COMPANY
## TEXAS PLAN DESCRIPTION OF COVERAGE

**The following is a general description of the important aspects of your Short Term Medical Expense health insurance plan. This is not the insurance contract. If there is a conflict between this plan description and the policy/certificate, the terms of the policy/certificate will control.**

This plan description applies to covered persons who reside in the state of Texas and who are insured under the health insurance plan described below.

A. The policy/certificate described in this plan description is provided by Golden Rule Insurance Company. For questions, or to obtain additional information, about your policy/certificate, you may contact us at: Golden Rule Insurance Company, 7440 Woodland Drive, Indianapolis, IN 46278-1719, or you may call us toll-free at 1-800-657-8205.

B. The policy contains network provider benefits. Network providers have contracts with the network, which contain per diem rates by specialty, fee schedule rates, and discounts of billed charges. The physicians in the network are paid on a fee for service basis for specific procedures and services. Other ancillary providers have individual contracts with the network for applicable services. Network providers may not balance bill the covered person for the difference between the contract rate and the billed charges.

   Non-network providers do not have contracts with the network. The services of non-network providers are not covered by the policy, except for emergencies.

C. The policy covers general medical and surgical health care services of a non-experimental nature, if they are medically necessary and are delivered during the period of coverage. In general, the policy covers: daily hospital room and board and nursing services at the most common semi-private rate; eligible expenses for intensive care; hospital emergency treatment of an injury or illness, subject to a copayment amount; outpatient surgery in a doctor's office or outpatient surgical facility; professional fees charged by doctors and medical practitioners; necessary medical supplies; diabetes management; diagnostic testing; chemotherapy and radiation therapy; hemodialysis; anesthetics; oxygen; dental injuries to the natural teeth; prostheses; durable medical equipment; acquired brain injury; clinical trials; mammography screenings and tests for prostate cancer, ovarian cancer, and cervical cancer; breast reconstructive surgery following a covered mastectomy; reconstructive surgery that is incidental to or follows surgery or an injury that was covered under the policy or is performed to correct a birth defect in a child who has been a covered person from birth; ambulance service for emergencies; transplants; home health care; rehabilitation services or confinement in an extended care facility; outpatient prescription drugs; and other treatments and services identified in the policy. Treatments and services are subject to the limitations and exclusions stated in the policy.

D. Emergency services may be provided by a network or non-network provider at any time without any financial penalty. Emergency room charges are covered for emergency treatment of an injury or illness, subject to a copayment amount.

E. Urgent care services, including professional services, received from network providers are eligible for benefits under the policy/certificate for after-hours care.

F. Medical services received only from network providers are eligible for benefits under the policy/certificate. Non- emergency services received from non-network providers are not covered under the policy/certificate. You may seek emergency services outside the network without any financial penalty.

G. In addition to the premiums for the policy/certificate, a covered person is expected to pay any applicable copayments, deductible, and/or other out-of-pocket expenses in accordance with the terms of the policy/certificate. In general these include, but are not limited to, the following: (1) a copayment for the following if identified in the policy/certificate Data Page as applicable to the type of product selected and purchased by you: prescription drugs and other pharmacy products; physician office visits; urgent care center visits; (2) a specific annual deductible; (3) a coinsurance percentage, if identified in the policy/certificate Data Page as applicable to the type of product selected and purchased by you; and (3) expenses not covered by the policy/certificate (which includes non-emergency services received from non-network providers). The exact copayment amounts, deductible amounts, and coinsurance percentages are found in your health insurance policy/certificate.

H. All health care services must be medically necessary and appropriate in order to be covered. There are specific limitations on covered expenses for assistant surgeon services, which are more particularly described in your policy/certificate. The policy does not cover preexisting conditions. No benefits will be paid for: (1) a service or supply that would be provided at no cost in the absence of insurance; (2) charges that are the responsibility of the provider to pay; (3) services not identified as covered expenses by the policy/certificate; (4) For non-emergency services or supplies received from a provider who is not a network provider, except as specifically provided for by the policy/certificate. Covered expenses do not include any charges that are incurred for: (1) services and supplies received prior to the effective date or after the termination date; (2) charges that are in excess of the eligible expense; (3) weight modification or surgical treatment of obesity, including wiring of the teeth, and all forms of intestinal by-pass surgery; (4) breast reduction or augmentation; (5) modification of the body to improve the psychological, mental, or emotional well-being, such as sex-change surgery; (6) any drug, treatment, or procedure that promotes conception, including, but not limited to, artificial insemination or treatment for infertility or impotency; (7) sterilization or reversal of sterilization; (8) abortion (unless the life of the mother would be endangered if the fetus were carried to term); (9) for television, telephone, or expenses for other persons; (10) marriage, family, or child counseling for the treatment of premarital, marriage, family, or child relationship dysfunctions; (11) telephone consultations or for failure to keep a scheduled appointment; (12) hospital room and board and nursing services for the first Friday or Saturday of an inpatient stay that begins on one of those days, unless it is an emergency, or medically necessary inpatient surgery is scheduled for the day after admission; (13) stand-by availability of a medical practitioner when no treatment is rendered; (14) dental expenses, including braces for any medical or dental condition, surgery and treatment for oral surgery, except as expressly provided by the policy/certificate; (15) cosmetic procedures; (16) learning disabilities, attitudinal disorders, or disciplinary problems; (17) nicotine addiction; (18) eye refractive surgery when the primary purpose is to correct nearsightedness, farsightedness, or astigmatism; (19) confinement for rehabilitation, custodial care, educational care, or nursing services (unless expressly provided for by the policy/certificate); (20) vocational or recreational therapy, vocational rehabilitation, or occupational therapy, except as expressly provided for by the policy/certificate; (21) alternative or complementary medicine using non-orthodox therapeutic practices that do not follow conventional medicine; (22) eyeglasses, contact lenses, hearing aids, eye refraction, visual therapy, or for any examination or fitting related to these devices, except as specifically provided for by the policy/certificate; (23) due to pregnancy (except complications of pregnancy; (24) confinement primarily for well- baby care; (25) preventive or prophylactic care, except as required under applicable state and federal law and expressly provided for in the policy/certificate; (26) experimental or investigational treatment(s) or unproven services; (27) treatment received outside of the United States, except for emergencies; (28) services for employment related injuries and illnesses; (29) treatment as a result of injury or illness caused by intentionally self-inflicted bodily harm, an act or war, taking part in a riot, or commission of a felony whether or not charged; (30) related to durable medical equipment, except as expressly provided for by the policy/certificate; (31) an illness or injury incurred as a result of being intoxicated or under the influence of illegal narcotics or controlled substance unless administered or prescribed by a doctor; (32) surrogate parenting;(33) fetal reduction surgery; (34) treatment of hyperhidrosis; (35) joint replacement, unless related to an injury that is covered by the policy/certificate; (36) non-emergency treatment of tonsils, adenoids, hemorrhoids, or hernia; (37) treatment of mental disorders, substance abuse, or court-ordered treatment programs for substance abuse; (38) treatment of an injury sustained during or due to participating, instructing, demonstrating, guiding, or accompanying others in any of the hazardous activities named in the policy/certificate; (39) outpatient prescription drugs, except as expressly provided for by the policy/certificate; and (40) other treatments and services that are specified as excluded or limited in the policy/certificate.

I. If a covered person receives treatment from a provider who ceases to be a network provider during the course of treatment, the covered person may request that benefits continue to be paid as if that provider were still a network provider while coverage remains in force during the policy term: (1) for the first 90 days after the date the provider ceases to be a network provider; (2) for 9 months after the date the provider ceases to be a network provider, for a covered person diagnosed as terminally ill; and (3) through delivery of the child, for immediate postpartum care, and the follow-up checkup within the six-week period after delivery for covered persons past the 24th week of pregnancy.

J. As our insured, your satisfaction is very important to us. If you have a complaint, you may write to us at the address shown in paragraph A of this plan description. We will provide a response to your written complaint. The response will be provided within 24 working days of the date your written complaint is received by us at the address shown in paragraph A of this plan description. If we are not able to respond within 24 working days, we will advise you, in writing or by telephone, why more time is needed

to respond to your complaint. We may not retaliate against a covered person because he or she, or a provider or other person on his or her behalf, filed a complaint.

K. To obtain a list of network providers, including which network providers are accepting new patients, go to www.unitedhealthone.com or call the telephone number on your health insurance identification card. Golden Rule Insurance Company has access to UnitedHealthcare networks. Network providers may be found in most areas in the state of Texas and in most other states.

| Network Name | Availability |
|---|---|
| UnitedHealthcare Choice | Entire state of Texas |

A list of network providers can be obtained by contacting us at the address or telephone number in paragraph A. (or you may go to www.unitedhealthone.com.

L. Network demographics and information regarding local market access plans may be found at https://www.uhone.com/legal/texas-insureds or you may contact us at the address or telephone number in paragraph A.

M. You may keep your certificate in force by timely payment of the required premiums. However, we may refuse to renew or terminate the policy/certificate if: (A) you fail to pay premiums as required under the policy/certificate; (B) a person covered under your certificate performs an act or practice that constitutes fraud or an intentional material misrepresentation relating in any way to the policy/certificate, including a claim for benefits.

N. Premiums will be based on the rate table in effect on that premium's due date. The policy plan, age and sex of covered persons, type and level of benefits, time the policy/certificate has been in force, and place of residence on the premium due date are some of the factors used in determining your premium rates.

1006 STATE STREET
LAWRENCEVILLE, IL 62439

**ADDRESS SERVICE REQUESTED**

Golden Rule®
A UnitedHealthcare Company

MICHAEL BREWER
2106 BARRINGTON POINTE DR
LEAGUE CITY TX 77573-3951

For information about your plan, or to look up network providers visit: www.myuhone.com

# YOUR ID CARDS ARE ENCLOSED

EXHIBIT
B
exhibitsticker.com

UnitedHealthcare
Golden Rule Insurance Co.

MICHAEL BREWER
2106 BARRINGTON POINTE DR
LEAGUE CITY TX 77573-3951

RE: Plan Number 096-540-158

Dear Mr. Brewer:

Welcome and thank you for selecting a Short Term Medical Plan, underwritten by Golden Rule Insurance Company. The materials included with this letter tell you important information about your new insurance plan. Please review carefully to help you have a good understanding of your plan and how it works. This information is also on our member website, **myuhone.com**. If you haven't already, be sure to register on the website with your plan number provided above.

## Your ID Card

A paper copy of your ID card is enclosed. An additional card will also be mailed to you separately. Please review your card carefully, and always keep it with you. If needed, you can print your ID card from the member website in a few easy steps.

1. Go to **myuhone.com** and login.
2. Click on Quick Links, then select Print or Request ID Card.
3. Select Download PDF. The PDF will open in a new window (*be sure popups are enabled).*
4. Print both sides of the card -- pages 3 and 4 of the PDF.

## Customer Reference Guide and Data Page

Two helpful pieces of information to help you gain a quick understanding of your plan:

- **Customer Reference Guide (CRG):** is an at-a-glance resource for some plan information, specific services and helpful definitions to help you better understand your plan
- **Data Page:** a convenient summary of your plan benefits. Use this as a quick reference to understand what benefits (for example: doctor office visit, urgent care, prescription drug coverage, etc.) are available with your plan as well as coverage dates, deductibles, copays, and plan limits. To understand full plan limitations or exclusions, be sure to read your plan documents.

## As a reminder, your Short Term Medical plan:

- Has a specific coverage term length you selected when you applied. Find more information on your Data Page.
- Does not cover pre-existing conditions. Find more about this on the CRG and your plan documents.
- Is not considered Minimum Essential Coverage (MEC) and does not meet the Affordable Care Act requirements to avoid possibly paying a penalty for not having ACA coverage.

## If You Have Questions

Most questions can be answered by visiting our website, **myuhone.com** where you can check your benefits, find a doctor, review your claims and more. If you still have questions or need help, you can call us at 1-800-657-8205, Monday through Friday, 8:00 a.m. to 6:00 p.m. ET or contact your broker directly.

Thank you again for your business.

PO Box 31372
Salt Lake City, Utah 84131-0372
(800) 657-8205
www.myuhone.com

# Short Term Medical
# Customer Reference Guide

## Your Application

Your application is included with this packet and/or can be found on the member website **myuhone.com**. Please be sure to review it for any errors and let us know of changes as soon as possible. An incorrect application may cause your plan to be voided and claims to be reduced or denied. If there is an error, please call us at 1-800-657-8205, Monday through Friday, 8:00 a.m. to 6:00 p.m. ET.

## Effective Date

Your effective date is listed in your plan document and on your ID card.

## Term Length

When you applied for this coverage, you specified a term length for this plan. You can find your term length (months of coverage) you selected on your Data Page.

Plan term lengths, including options for consecutive coverage (back-to-back plans) vary by state.

## Preexisting Conditions

Generally, a health condition which exists before the applicable effective date is not covered during the term length of coverage.

## Network Providers

To receive the highest benefit levels available for your plan, you must use health care services from Network Providers. These providers have agreed to lower fees for covered services, which may save you money. **The network name associated with your plan can be found on your ID card**.

- If you have the **Choice Network**, it is important to know that these plans pay no benefits for out-of-network expenses except for emergencies.
- If you have the **Choice Plus Network**, in addition to the in-network benefits, these plans pay reduced non-network benefits. This means if you choose a provider not in the network it will cost you more due to a non-network penalty (except for emergency care).

You can look up network providers at **myuhone.com** and select the “Find a Provider” link.

## Prescription Coverage

***For Premier Elite, Plus Elite, Plus, Copay, or Value plans***, UnitedHealthcare is your pharmacy benefit manager. UnitedHealthcare uses Optum Rx for certain pharmacy benefit services. Access prescription benefit information through our Resource Center at **myuhone.com**. You can find the link to our Prescription Drug List (PDL) Reference Guide, a list of participating retail pharmacies, and details about medication cost.

***For Value Direct plans,*** your benefit plan does not cover outpatient prescription drugs. However, you have access to **prescription discounts** provided by the **Optum Perks™** prescription drug savings program. This card is provided and administered by Optum.

- **The prescription discount card is not an insurance benefit** and can be modified or discontinued without notice.
- You will receive your discount card in the mail. You may also download a copy of your prescription discount card at **perks.optum.com/uho**.
- To search for prescription prices by pharmacy go to **perks.optum.com**.

**TeleHealth Visits**

Your plan offers coverage for telehealth visits with regular in-network doctors who offer these services. Telehealth visits are those conducted by real-time, two-way audio visual connection (e.g. secure web video chat) and you can take advantage of this service at network negotiated lower rates. Your plan's deductible and coinsurance rates apply.

**Optional Benefit Amwell**

If you added the Amwell telehealth coverage to your plan, you can access Amwell's network of U.S. based, board-certified providers 24/7/365. While there is a cost for this optional benefit that you pay along with your short term plan's payment, there is no additional charge per virtual visit and no limit on how often you use the service. Soon you will receive a welcome letter from Amwell with instructions on how to access your membership. The enclosed insert with this packet can also help you get started.

- For questions about your Amwell benefits, contact Amwell at 844-SEE-DOCS.
- For questions about your Amwell optional benefit payment, contact Golden Rule Insurance Co. at 1-800-657-8205.

**Laboratory Services**

UnitedHealthcare has two national providers for laboratory services, Laboratory Corporation of America (LabCorp) and Quest Diagnostics. To locate a list of network laboratories, visit **myuhone.com** and select "Find a Provider". Once you enter your information, you can narrow your search to "Places" which includes labs, imaging centers and other facilities.

**Transplant Services**

Golden Rule contracts with OptumHealth for access to its Centers of Excellence -- facilities which specialize in specific types of transplants. These facilities have agreed to provide quality care on a cost-effective basis. Please be aware that your transplant benefits may be limited if you do not use Centers of Excellence providers. For more information or to locate a Center of Excellence, visit **myuhone.com** and select Find a Provider; look for Transplant Services (listed part-way down the page) and select to open and view more details.

**Customer Service**

Most questions can be answered by visiting the member website, **myuhone.com**. Here you can:

- Check your benefits
- Find a doctor
- Review your claims
- View your bill and payment history
- Download forms and more

If you still have questions or need additional help, you can contact customer service at 1-800-657-8205, Monday through Friday, 8:00 a.m. to 6:00 p.m. ET or our automated phone (IVR) system is available extended hours for your convenience.

**Special Note about Short Term Insurance**

This coverage is not required to comply with certain federal market requirements for health insurance, principally those contained in the Affordable Care Act. Be sure to check your policy carefully to make sure you are aware of any exclusions or limitations regarding coverage of preexisting conditions or health benefits (such as hospitalization, emergency services, maternity care, preventive care, prescription drugs, and mental health and substance use disorder services). Your policy might also have lifetime and/or annual dollar limits on health benefits. If this coverage expires or you lose eligibility for this coverage, you might have to wait until an open enrollment period to get other health insurance coverage.

**Is there a Waiting Period before my plan will begin paying?**

There is no waiting period for covered expenses. However, most covered expenses require you to meet your deductible before the plan pays. (Covered expenses eligible for a copay do not require your deductible to be met.)

**What is a Copay?**

A Copay is the amount you pay for a designated covered expense before your plan pays. For example, if your plan allows for a $50 Copay on an Urgent Care Visit, you would be required to pay $50 for the visit, and the plan pays the remainder of the cost at an in-network provider. Copay information can be found on your Data Page. Unless otherwise stated in your policy/certificate, an expense subject to a copayment amount will not apply to deductible, coinsurance, or coinsurance out-of-pocket maximum.

**What is a deductible and how does it work?**

A deductible is the amount you owe during a coverage period for most covered expenses before your plan begins to pay. Your deductible can be found on your Data Page.

- If you have a Premier Elite Plan, covered expenses for all covered family members apply to one deductible. Once that deductible is met, your plan will begin to apply coinsurance to all applicable covered expenses for all covered members on the plan.

- If you have a Plus Elite, Plus, Copay, or Value (Direct) plan, covered expenses for EACH covered person on the plan will accumulate until the deductible is reached. Once a covered person meets the deductible, the plan will begin to apply coinsurance for that person's applicable covered expenses. There is a maximum of 2 deductibles, so if your plan has multiple family members, once two people meet their deductibles, the plan will begin to apply coinsurance to all applicable covered expenses for all covered members on the plan.

**What is Coinsurance and how does it work?**

Coinsurance is the percent (%) of a covered expense that you pay after you meet your deductible. For example, if your plan has 20% coinsurance, once you have met your deductible, you will pay 20% of a covered expense, and your plan will pay the remaining 80%. You will continue to pay coinsurance on applicable covered expenses until you reach the Coinsurance Out-of-Pocket Maximum.

**What is the Coinsurance Out-of-Pocket Maximum?**

This is the maximum amount you will pay for covered expenses eligible for coinsurance. Once you have reached this amount, your plan will pay 100% of applicable covered expenses subject to coinsurance.

**What is the Maximum my plan will pay?**

The Maximum Benefit Limit found on your Data Page is the maximum amount the plan will pay during a term.

## Federation of American Consumers and Travelers

300 S. Church St.
Jonesboro, AR 72401

OR

318 Hillsboro Ave. · P.O. Box 104
Edwardsville, Illinois 62025

Telephone: 1·800·USA·FACT
E-mail: cservice@usafact.org
Web site: www.usafact.org

Dear Member:

Welcome to the world of FACT value.

Enclosed is the Certificate of Insurance for your new UnitedHealthOne personal health insurance coverage underwritten by Golden Rule Insurance Company.

Personal health insurance at an affordable rate is one of the many advantages which your FACT membership makes possible.

You can read more about your FACT membership and have instant access to your benefits by visiting our Web site (www.usafact.org). Simply click on MEMBER LOGIN (found in the upper right-hand corner of the Home Page) - - then enter your Membership ID# (which is the same as your certificate number on the enclosed Certificate) and your Last Name. You'll then be able to print out your FACT Membership Card and begin to span the world of FACT value.

If after reading your enclosed health insurance certificate you have any questions, please contact Golden Rule at (800) 657-8205, or contact your health insurance professional.

If you have any questions about FACT or using your membership benefits please:

Email us at cservice@usafact.org
or
Call us at **1-800-USA-FACT**

We look forward to serving you.

Sincerely,

Vicki Rolens

Vicki Rolens

Managing Director

enclosure

# How to File a Claim and Claims Processing

Thank you for purchasing your medical coverage from our company. It is our goal to give you quick and fair claim service.

In most cases, your provider will file your medical claim. If your doctor or healthcare facility files your claim, we will send you an *Explanation of Benefits* (EOB) form which contains details on how the claim was processed. If benefits are payable, we will send them directly to the doctor's office or healthcare facility. If the bill shows you have already paid it, the payment will be sent directly to you.

However, in the event that they do not file your claim or you wish to file your own claim, we ask that you provide us the following information to help assure that you receive the best possible service.

**Please include all medical bills which you want to be processed. Be sure that each bill includes the following:**

- Patient's name, address and phone number,
- Your insurance identification number,
- The date the medical services were provided,
- The charge for each service,
- The procedure codes, and the diagnosis for the condition treated,
- The provider's complete name, address, phone number,
- The provider's credentials, Tax Identification Number (TIN), and National Provider Identifier (NPI) number.

We must have complete <u>itemized</u> bills from your providers, instead of balance due statements.

**NOTE**: If you have Medicare or other health insurance coverage, please include your Medicare or other carrier's Explanation of Benefits for your expenses when submitting the expenses to us.

If you have questions, our customer service team is happy to help you. Call us at 1-800-657-8205 Monday through Friday from 8a.m. to 6 p.m. ET.  You can also access your plan information at www.myuhone.com anytime.

# How you're protected if your life or health insurance company fails

The Texas Life and Health Insurance Guaranty Association protects you by paying your covered claims if your life or health insurance company is insolvent (can't pay its debts). **This notice summarizes your protections.**

The Association will pay your claims, with some exceptions required by law, if your company is licensed in Texas and a court has declared it insolvent. You must live in Texas when your company fails. If you don't live in Texas, you may still have some protections.

**For each insolvent company, the Association will pay a person's claims only up to these dollar limits set by law:**

- **Accident, accident and health, or health insurance (including HMOs):**
  - Up to $500,000 for health benefits plans, with some exceptions.
  - Up to $300,000 for disability income benefits.
  - Up to $300,000 for long-term care insurance benefits.
  - Up to $200,000 for all other types of health insurance.
- **Life insurance:**
  - Up to $100,000 in net cash surrender or withdrawal value.
  - Up to $300,000 in death benefits.
- **Individual annuities:** Up to $250,000 in the present value of benefits, including cash surrender and net cash withdrawal values.
- **Other policy types:** Limits for group policies, retirement plans and structured settlement annuities are in Chapter 463 of the Texas Insurance Code.
- **Individual aggregate limit:** Up to $300,000 per person, regardless of the number of policies or contracts. A limit of $500,000 may apply for people with health benefit plans.
- **Parts of some policies might not be protected:** For example, there is no protection for parts of a policy or contract that the insurance company doesn't guarantee, such as some additions to the value of variable life or annuity policies.

| To learn more about the Association and your protections, contact:<br>**Texas Life and Health Insurance Guaranty Association**<br>515 Congress Avenue, Suite 1875<br>Austin, TX 78701<br>1-800-982-6362 or www.txlifega.org | For questions about insurance, contact:<br><br>**Texas Department of Insurance**<br>P.O. Box 149104<br>Austin, TX 78714-9104<br>1-800-252-3439 or www.tdi.texas.gov |
|---|---|

**Note:** You're receiving this notice because Texas law requires your insurance company to send you a summary of your protections under the Texas Life and Health Insurance Guaranty Association Act (Insurance Code, Chapter 463). These protections apply to insolvencies that occur on or after September 1, 2019. **There may be other exceptions that aren't included in this notice.** When choosing an insurance company, you should not rely on the Association's coverage. Texas law

prohibits companies and agents from using the Association as an inducement to buy insurance or HMO coverage.

Chapter 463 controls if there are differences between the law and this summary.

## TEXAS CLAIMANT COMPLAINT PROCEDURES

The following procedures apply to a *complaint* that a claimant or a person acting on behalf of a claimant may submit if the *complaint* request does not meet the requirements to be handled under the state's mandated procedures. The purpose of these procedures is to provide a way to settle disputes you may have with us concerning *complaint*s.

**DEFINITIONS:**

**"*Complaint*"** means any written communication, including communication by facsimile or electronic mail, to a health plan, not solicited by such health plan, concerning coverage offered or issued by such health plan in this state and primarily expressing a grievance. A *complaint* is not a misunderstanding or a problem of misinformation that is resolved promptly by clearing up the misunderstanding and/or supplying the appropriate information to the satisfaction of the person submitting the written comm*unication*, as applicable.

**REVIEWS REGARDING A COMPLAINT:**

A. **Request**: A claimant or a person acting on behalf of a claimant may submit the *complaint* request.

B. **Reviewer's Requirements**:

   1. A first-level *complaint* will be handled by the original reviewer or a designated representative of the area responsible for the grievance. For cases involving a rescission decision, a panel of individuals who were not involved in the original decision will review the grievance. *Complaint*s involving a rescission decision will have one level of review.

   2. A second-level *complaint* will be handled by a person not involved in the original denial or first-level *complaint*.

C. **Resolution Timeframe**: Each level of the *complaint* process should be resolved within 10 business days. If the respondent is unable to resolve the *complaint* within 10 business days, an interim letter or phone call should be made to the complainant explaining the delay and the additional information needed to complete the review. The *complaint* must be resolved within 30 calendar days from receipt.

D. **Notification of Determination:** The health plan will provide the *complaint* decision in writing. If the decision is adverse to the insured, the written decision will include:

   1. The specific reason(s) for the determination; and

   2. Reference to the specific plan provision, guideline, or other similar criterion, on which the determination is based.

# TEXAS NOTICE OF CERTAIN MANDATORY BENEFITS

This notice is to advise you of certain coverage and/or benefits provided by your contract with Golden Rule Insurance Company.

**Mastectomy or Lymph Node Dissection**

Minimum Inpatient Stay: If due to treatment of breast cancer, any person covered by this plan has either a mastectomy or a lymph node dissection, this plan will provide coverage for inpatient care for a minimum of:

A. 48 hours following a mastectomy; and

B. 24 hours following a lymph node dissection.

The minimum number of inpatient hours is not required if the covered person receiving the treatment and the attending physician determine that a shorter period of inpatient care is appropriate.

Prohibitions: We may not:

A. Deny any covered person's eligibility or continued eligibility or fail to renew this plan solely to avoid providing the minimum inpatient hours;

B. Provide money payments or rebates to encourage any covered person to accept less than the minimum inpatient hours;

C. Reduce or limit the amount paid to the attending physician, or otherwise penalize the physician, because the physician required a covered person to receive the minimum inpatient hours; or

D. Provide financial or other incentives to the attending physician to encourage the physician to provide care that is less than the minimum hours.

Coverage and/or Benefits for Reconstructive Surgery After Mastectomy – Enrollment

Coverage and/or benefits are provided to each covered person for reconstructive surgery after mastectomy, including:

A. All stages of the reconstruction of the breast on which mastectomy has been performed;

B. Surgery and reconstruction of the other breast to achieve a symmetrical appearance; and

C. Prosthesis and treatment of physical complications, including lymphedemas, at all stages of mastectomy.

The coverage and/or benefits must be provided in a manner determined to be appropriate in consultation with the covered person and the attending physician.

This coverage is subject to all the terms, conditions, exclusions, and limitations contained in your Golden Rule health insurance policy or certificate, including deductibles, copayments, coinsurance, and dollar limits.

**Prohibitions:** We may not:

A. Offer the covered person a financial incentive to forego breast reconstruction or waive the coverage and/or benefits shown above;

B. Condition, limit, or deny any covered person's eligibility or continued eligibility to enroll in the plan or fail to renew this plan solely to avoid providing the coverage and/or benefits shown above; or

C. Reduce or limit the amount paid to the physician or provider, nor otherwise penalize, or provide a financial incentive to induce the physician or provider to provide care to a covered person in a manner inconsistent with the coverage and/or benefits shown above.

**Examinations for Detection of Prostate Cancer**

Benefits are provided for each covered male for an annual medically recognized diagnostic examination for the detection of prostate cancer. Benefits include:

A. A physical examination for the detection of prostate cancer; and

B. A prostate-specific antigen test for each covered male who is

   1. at least 50 years of age; or

   2. at least 40 years of age with a family history of prostate cancer or other prostate cancer risk factor.

**Inpatient Stay following Birth of a Child**

For each person covered for maternity/childbirth benefits, we will provide inpatient care for the mother and her newborn child in a health care facility for a minimum of:

A. 48 hours following an uncomplicated vaginal delivery; and

B. 96 hours following an uncomplicated delivery by cesarean section.

This benefit does not require a covered female who is eligible for maternity/childbirth benefits to:

A. Give birth in a hospital or other health care facility; or

B. Remain in a hospital or other health care facility for the minimum number of hours following birth of the child.

If a covered mother or her newborn child is discharged before the 48 or 96 hours has expired, we will provide for post-delivery care. Post-delivery care includes parent education, assistance and training in breast-feeding and bottle-feeding and the performance of any necessary and appropriate clinical tests. Care will be provided by a physician, registered nurse or other appropriate licensed health care provider, and the mother will have the option of receiving the care at her home, the health care provider's office or a health care facility.

**Prohibitions:** We may not:

A. Modify the terms of this coverage based on any covered person requesting less than the minimum coverage required;

B. Offer the mother financial incentives or other compensation for waiver of the minimum number of hours required;

C. Refuse to accept a physician's recommendation for a specified period of inpatient care made in consultation with the mother if the period recommended by the physician does not exceed guidelines for prenatal care developed by nationally recognized professional associations of obstetricians and gynecologists or pediatricians;

D. Reduce payments or reimbursement below the usual and customary rate; or

E. Penalize a physician for recommending care for the mother and/or the newborn child.

**Coverage for Tests for Detection of Colorectal Cancer**

Benefits are provided, for each person enrolled in the plan who is 50 years of age or older and at normal risk for developing colon cancer, for expenses incurred in conducting a medically recognized screening examination for the detection of colorectal cancer. Benefits include the covered person's choice of:

A. .A fecal occult blood test performed annually and a flexible sigmoidoscopy performed every five years; or

B. A colonoscopy performed every10 years.

**Coverage of Tests for Detection of Human Papillomavirus, Ovarian Cancer, and Cervical Cancer**

Coverage is provided, for each woman enrolled in the plan who is 18 years of age or older for expenses incurred for an annual medically recognized diagnostic examination for the early detection of ovarian and cervical cancer. Coverage required under this section includes a CA 125 blood test and, at a minimum, a conventional Pap smear screening or a screening using liquid-based cytology methods, as approved by the FDA, alone or in combination with a test approved by the FDA for the detection of the human papillomavirus.

If any person covered by this plan has questions concerning the above, please call Golden Rule Insurance Company at (800) 657-8205, or write us at 7440 Woodland Drive, Indianapolis, Indiana 46278-1719.

## Texas Department of Insurance Notice

An exclusive provider benefit plan provides no benefits for services you receive from out-of-network providers, with specific exceptions as described in your policy and below.

- You have the right to an adequate network of preferred providers (known as "network providers").
- If you believe that the network is inadequate, you may file a complaint with the Texas Department of Insurance.
- If your insurer approves a referral for out-of-network services because no network provider is available, or if you have received out-of-network emergency care, your insurer must, in most cases, resolve the non-network provider's bill so that you only have to pay any applicable coinsurance, copay, and deductible amounts.

You may obtain a current directory of network providers at the following website: www.myuhone.com or by calling 1-800-657-8205 for assistance in finding available network providers. If the directory is materially inaccurate, you may be entitled to have out-of-network claim paid at the in-network level of benefits.

# HEALTH PLAN NOTICES OF PRIVACY PRACTICES

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMAITON ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.**

## MEDICAL INFORMATION PRIVACY NOTICE (Effective January 1, 2019)

We (including our affiliates listed at the end of this notice) are required by law to protect the privacy of your health information. We are also required to send you this notice, which explains how we may use information about you and when we can give out or "disclose" that information to others. You also have rights regarding your health information that are described in this notice. We are required by law to abide by the terms of this notice.

The terms "information" or health information" in this notice include any information we maintain that reasonably can be used to identify you and that relates to your physical or mental health condition, the provision of health care to you, or the payment for such health care. We will comply with the requirements of applicable privacy laws related to notifying you in the event of a breach of your health information.

We have the right to change our privacy practices and the terms of this notice. If we make a material change to our privacy practices, we will provide to you in our next annual distribution, either a revised notice or information about the material change and how to obtain a revised notice. We will provide this information either by direct mail or electronically in accordance with applicable law. In all cases, we will post the revised notice on our websites, such as www.uhone.com, www.myuhone.com, www.uhone4me.com, www.myallsavers.com, or www.myallsaversconnect.com. We reserve the right to make any revised or changed notice effective for information we already have and for information that we receive in the future.

We collect and maintain oral, written and electronic information to administer our business and to provide products, services and information of importance to our customers. We maintain physical, electronic and procedural security safeguards in the handling and maintenance of our enrollees' information, in accordance with applicable state and Federal standards, to protect against risks such as loss, destruction or misuse.

### How We Use or Disclose Information

**We must** use and disclose your health information to provide information:

- To you or someone who has the legal right to act for you (your personal representative) in order to administer your rights as described in this notice; and
- To the Secretary of the Department of Health and Human Services, if necessary, to make sure your privacy is protected.

**We have the right to** use and disclose health information for your treatment, to pay for your health care and operate our business. For example, we may use or disclose your health information:

- **For Payment** of premiums due us, to determine your coverage and to process claims for health care services you receive including for subrogation or coordination of other benefits you may have. For example, we may tell a doctor whether you are eligible for coverage and what percentage of the bill may be covered.
- **For Treatment.** We may use or disclose health information to aid in your treatment or the coordination of your care. For example, we may disclose information to your physicians or hospitals to help them provide medical care to you.
- **For Health Care Operations.** We may use or disclose health information as necessary to operate and manage our business activities related to providing and managing your health care coverage. For example, we might conduct or arrange for medical review, legal services, and auditing functions, including fraud and abuse detection or compliance programs.
- **To Provide Information on Health Related Programs or Products** such as alternative medical treatments and programs or about health-related products and services.

- **To Plan Sponsors.** If your coverage is through an employer group health plan, we may share summary health information and enrollment and disenrollment information with the plan sponsor. In addition, we may share other health information with the plan sponsor for plan administration if the plan sponsor agrees to special restrictions on its use and disclosure of the information in accordance with Federal law.
- **For Underwriting Purposes.** We may use or disclose your health information for underwriting purposes; however, we will not use or disclose your genetic information for such purposes.
- **For Reminders.** We may use or disclose health information to contact you for appointment reminders with providers who provide medical care to you.

**We may** use and disclose your health information for the following purposes under limited circumstances:

- **As Required by Law.** We may disclose information when required to do so by law.
- **To Persons Involved With Your Care.** We may use or disclose your health information to a person involved in your care, such as a family member, when you are incapacitated or in an emergency, or when you agree or fail to object when given the opportunity. If you are unavailable or unable to object, we will use our best judgment to decide if the disclosure is in your best interests. Special rules apply regarding when we may disclose health information to family members and others involved in a deceased individual's care. We may disclose health information to any persons involved, prior to the death, in the care or payment for care of a deceased individual, unless we are aware that doing so would be inconsistent with a preference previously expressed by the deceased.
- **For Public Health Activities** such as reporting disease outbreaks to a public health authority.
- **For Reporting Victims of Abuse, Neglect or Domestic Violence** to government authorities, including a social service or protective service agency.
- **For Health Oversight Activities** such as licensure, governmental audits and fraud and abuse investigations.
- **For Judicial or Administrative Proceedings** such as in response to a court order, search warrant or subpoena.
- **For Law Enforcement Purposes** such as providing limited information to locate a missing person or report a crime.
- **To Avoid a Serious Threat to Health or Safety** by, for example, disclosing information to public health agencies or law enforcement authorities, or in the event of an emergency or natural disaster.
- **For Specialized Government Functions** such as military and veteran activities, national security and intelligence activities, and the protective services for the President and others.
- **For Workers' Compensation** including disclosures required by state workers' compensation laws that govern job-related injury or illness.
- **For Research Purposes** such as research related to the prevention of disease or disability, if the research study meets Federal privacy law requirements.
- **To Provide Information Regarding Decedents.** We may disclose information to a coroner or medical examiner to identify a deceased person, determine a cause of death, or as authorized by law. We may also disclose information to funeral directors as necessary to carry out their duties.
- **For Organ Procurement Purposes.** We may use or disclose information to entities that handle procurement, banking or transplantation of organs, eyes or tissue to facilitate donation and transplantation.
- **To Correctional Institutions or Law Enforcement Officials** if you are an inmate of a correctional institution or under the custody of a law enforcement official, but only if necessary (1) for the institution to provide you with health care; (2) to protect your health and safety or the health and safety of others; or (3) for the safety and security of the correctional institution.
- **To Business Associates** that perform functions on our behalf or provide us with services if the information is necessary for such functions or services. Our business associates are required, under contract with us and pursuant to Federal law, to protect the privacy of your information and are not

allowed to use or disclose any information other than as specified in our contract and as permitted by Federal law.

- **Additional Restrictions on Use and Disclosure.** Certain Federal and state laws may require special privacy protections that restrict the use and disclosure of certain health information, including highly confidential information about you. Such laws may protect the following types of information: Alcohol and Substance Abuse, Biometric Information, Child or Adult Abuse or Neglect, including Sexual Assault, Communicable Diseases, Genetic Information, HIV/AIDS, Mental Health, Minors' Information, Prescriptions, Reproductive Health, and Sexually Transmitted Diseases.

If a use or disclosure of health information described above in this notice is prohibited or materially limited by other laws that apply to us, it is our intent to meet the requirements of the more stringent law.

Except for uses and disclosures described and limited as set forth in this notice, we will use and disclose your health information only with a written authorization from you. This includes, except for limited circumstances allowed by Federal privacy law, not using or disclosing psychotherapy notes about you, selling your health information to others or using or disclosing your health information for certain promotional communications that are prohibited marketing communications under Federal law, without your written authorization. Once you give us authorization to release your health information, we cannot guarantee that the person to whom the information is provided will not disclose the information. You may take back or "revoke" your written authorization, except if we have already acted based on your authorization. To revoke an authorization, call the phone number listed on your health plan ID card.

## What Are Your Rights

The following are your rights with respect to your health information.

- **You have the right to ask to restrict** uses or disclosures of your information for treatment, payment, or health care operations. You also have the right to ask to restrict disclosures to family members or to others who are involved in your health care or payment for your health care. We may also have policies on dependent access that may authorize certain restrictions. **Please note that while we will try to honor your request and will permit requests consistent with our policies, we are not required to agree to any restriction.**
- **You have the right to ask to receive confidential communications** of information in a different manner or at a different place (for example, by sending information to a P.O. Box instead of your home address). We will accommodate reasonable requests where a disclosure of all or part of your health information otherwise could endanger you. In certain circumstances, we will accept verbal requests to receive confidential communications; however, we may also require you to confirm your request in writing. In addition, any request to modify or cancel a previous confidential communication request must be made in writing. Mail your request to the address listed below.
- **You have the right to see and obtain a copy** of health information that we maintain about you such as claims and case or medical management records. If we maintain your health information electronically, you will have the right to request that we send a copy of your health information in an electronic format to you. You can also request that we provide a copy of your information to a third party that you identify. In some cases you may receive a summary of this health information. You must make a written request to inspect and copy your health information or have it sent to a third party. Mail your request to the address listed below. In certain limited circumstances, we may deny your request to inspect and copy your health information. If we deny your request, you may have the right to have the denial reviewed. We may charge a reasonable fee for any copies.
- **You have the right to ask to amend information** we maintain about you, such as claims and case or medical management records, if you believe the health information about you is wrong or incomplete. Your request must be in writing and provide the reasons for the requested amendment. Mail your request to the address listed below. If we deny your request, you may have a statement of your disagreement added to your health information.
- **You have the right to receive an accounting** of certain disclosures of your information made by us during the six years prior to your request. This accounting will not include disclosures of information: (i) for treatment, payment, and health care operations purposes; (ii) to you or pursuant to your authorization; and (iii) to correctional institutions or law enforcement officials; and (iv) other disclosures for which Federal law does not require us to provide an accounting.

- **You have the right to a paper copy of this notice.** You may ask for a copy of this notice at any time. Even if you have agreed to receive this notice electronically, you are still entitled to a paper copy of this notice. In addition, you may obtain a copy of this notice at our websites such as www.uhone.com, www.myuhone.com, www.uhone4me.com, www.myallsavers.com, or www.myallsaversconnect.com.
- **You have the right to be considered a protection person.** *(New Mexico only) A "protected person" is a victim of domestic abuse who also is either: (i) an applicant for insurance with us; (ii) a person who is or may be covered by our insurance; or (iii) someone who has a claim for benefits under our insurance.*

### Adverse Underwriting

If we have declined to insure you or have ridered or rated your coverage, you may submit a written request for the specific reason or reasons for our decision. The request must be made within 90 days of the date we notified you of our decision. Within 21 days of our receipt of your request, we will furnish the reasons and the specific items of information that support those reasons. In some instances, however, our decision may be based on privileged information which we are not obligated to release to you. If you have any questions about the items discussed above, please call the toll-free member phone number on the back of your health plan ID card.

### Exercising Your Rights

- **Contacting Your Health Plan.** If you have any questions about this notice or want to exercise any of your rights, please call the toll-free phone number on your health plan ID card.
- **Filing a Complaint.** If you believe your privacy rights have been violated, you may file a complaint with us at the address listed below.
- **Submitting a Written Request.** Mail to us your written requests to exercise any of your rights, including modifying or cancelling a confidential communication, requesting copies of your records, or requesting amendments to your record at the following address:
- Privacy Office, 7440 Woodland Drive, Indianapolis, IN 46278-1719
- **You may also notify the Secretary of the U.S. Department of Health and Human Services of your complaint.** We will not take any action against you for filing a complaint.

### Fair Credit Reporting Act Notice

In some cases, we may ask a consumer-reporting agency to compile a consumer report, including potentially an investigative consumer report, about you. If we request an investigative consumer report, we will notify you promptly with the name and address of the agency that will furnish the report. You may request in writing to be interviewed as part of the investigation. The agency may retain a copy of the report. The agency may disclose it to other persons as allowed by the federal Fair Credit Reporting Act.

We may disclose information solely about our transactions or experiences with you to our affiliates.

### MIB

In conjunction with our membership in MIB, Inc., formerly known as Medical Information Bureau (MIB), we or our reinsurers may make a report of your personal information to MIB. MIB is a not-for-profit organization of life and health insurance companies that operates an information exchange on behalf of its members.

If you submit an application or claim for benefits to another MIB member company for life or health insurance coverage, the MIB, upon request, will supply such company with information regarding you that it has in its file.

If you question the accuracy of information in the MIB's file, you may seek a correction in accordance with the procedures set forth in the federal Fair Credit Reporting Act. Contact MIB at: MIB, Inc., 50 Braintree Hill Park Suite 400, Braintree, MA 02184-8734, 1-866-692-6901, *www.mib.com*.

## FINANCIAL INFORMATION PRIVACY NOTICE (Effective January 1, 2019)

We (including our affiliates listed at the end of this notice) are committed to maintaining the confidentiality of your personal financial information. For the purposes of this notice, "personal financial information" means

information, other than health information, about an insured or an applicant for coverage that identifies the individual, is not generally publicly available and is collected from the individual or is obtained in connection with providing coverage to the individual.

## Information We Collect

Depending upon the product or service you have with us, we may collect personal financial information about you from the following sources:

- Information we receive from you on applications or other forms, such as name, address, age, medical information and Social Security number;
- Information about your transactions with us, our affiliates or others, such as premium payment and claims history; and
- Information from a consumer reporting agency.

## Disclosure of Information

We do not disclose personal financial information about our insureds or former insureds to any third party, except as required or permitted by law. For example, in the course of our general business practices, we may, as permitted by law, disclose any of the personal financial information that we collect about you, without your authorization, to the following types of institutions:

- To our corporate affiliates, which include financial service providers, such as other insurers, and non-financial companies, such as data processors;
- To nonaffiliated companies for our everyday business purposes, such as to process your transactions, maintain your account(s), or respond to court orders and legal investigations; and
- To nonaffiliated companies that perform services for us, including sending promotional communications on our behalf.

**We restrict access to personal** financial information about you to employees, affiliates and service providers who are involved in administering your health care coverage or providing services to you. We maintain physical, electronic and procedural safeguards that comply with Federal standards to guard your personal financial information.

## Confidentiality and Security

We maintain physical, electronic and procedural safeguards, in accordance with applicable state and Federal standards, to protect your personal financial information against risks such as loss, destruction or misuse. These measures include computer safeguards, secured files and buildings, and restrictions on who may access your personal financial information

## Questions about This Notice

If you have any questions about this notice, you may contact UnitedHealthOne Customer Call Center Representative. For Golden Rule members call us at 1-800-657-8205 (TTY 711). For All Savers members, call us at 1-800-291-2634 (TTY 711).

The Financial Information Privacy Notice, effective January 1, 2019, is provided on behalf of: All Savers Insurance Company; All Savers Life Insurance Company of California; Golden Rule Insurance Company; Oxford Health Insurance, Inc.; UnitedHealthcare Insurance Company; and UnitedHealthcare Life Insurance Company.

To obtain an authorization to release your personal information to another party, please go to the appropriate website listed in this Notice.

## Is this short-term health insurance plan right for me?

## **You must read and sign this form.**

**Plan name: Short Term Value, $5,000 deductible, 30% coinsurance**

**Offered by: Golden Rule Insurance Company**

This plan does not need to follow federal Affordable Care Act (ACA) rules. Unlike ACA plans, this short-term plan:

- May not cover all injuries or sicknesses, including any you have before applying.
- May not pay for some medical care you might need.
- Doesn't allow you to get federal help with premiums or out-of-pocket costs (tax credits and cost-sharing reductions).

Carefully read the information below so you know this plan's coverage limits and your rights under this plan.

**How long will this plan cover me?**

One day less than 12 months

**Can I renew or extend this plan?**

No.

**When this plan ends, can I sign up for another insurance plan?**

- **If you want to sign up for another short term health plan or another plan not covered by ACA laws:** You can sign up for another plan at any time. But a short-term health plan can deny you for health reasons. The amount of your premium payment might change.
- **If you want to sign up for a health plan covered by ACA laws:** You can sign up for another plan only during open enrollment or if you have a qualifying life event (like losing coverage from your job or having a baby). To find out if you have a qualifying life event, talk to your insurance agent or go to HealthCare.gov.
    - The next open enrollment dates for ACA plans are:

      **2021:** November 1 - December 15
      **2022:** November 1 - December 15
      **2023:** November 1 - December 15

- When you sign up for a plan during HealthCare.gov open enrollment dates, your insurance coverage will start January 1.
- **The end of this plan is not a qualifying life event. You may have to wait until the next open enrollment period to sign up for an ACA plan.**

**Am I covered for an injury, illness, or disease I had before I applied for this plan (a preexisting condition)?**

No.

- You must tell the truth when answering questions about your health.
- We can deny claims for any injury, illness, or disease you had before signing up for this plan (whether or not you tell us about your condition).

**What is the most (maximum) this plan will pay for services?**

$1,000,000 per covered person

**What is the deductible (the amount that I must pay for services before this plan starts paying)?**
You must pay $5,000 per person (per family for Premier Elite plans), per policy term, (plus your premiums) before the plan will start paying for services.

The following covered expenses are exempt from the deductible amount:

- One digital rectal examination and one prostate specific antigen test per policy term, per covered person, for screening for the early detection of prostate cancer.
- Child immunizations, as defined in the certificate.
- One screening test for hearing loss administered within 30 days of birth and related diagnostic follow-up care for 24 months following birth.

**Does this plan use a network of doctors/providers?**

Yes, the plan is an EPO (exclusive provider benefit plan) and has a network of doctors/providers. Except for emergency care and some other situations, the plan covers care only from in-network providers.

View the plan's list of in-network doctors/providers: Visit UHOne.com and select Find a Doctor to search for network providers in your state.

**What type of care will this plan cover?**

Review the chart below to know which benefits are covered by this plan. ACA plans cover all listed benefits with few limits, but this plan limits coverage for some types of care.

The chart below does not include your coinsurance amount. Your coinsurance may be found at the beginning of this notice along with your Plan name and deductible amount. All benefits under your plan are subject to the deductible amount and coinsurance unless a copay applies or unless specifically stated otherwise.

| Type of Care | Is it covered? |
|---|---|
| **Emergency room visit** | Yes, but there are some limits. Additional $500 emergency room deductible if not admitted to the hospital for further treatment. Then subject to chosen deductible and coinsurance. |
| **Urgent care** | Yes, but there are some limits. Urgent care center charges subject to $50 copay per visit. Exempt from deductible. |
| **Ambulance** | Yes, but there are some limits. Air ambulance limited to $5,000 maximum covered expense, per person, per policy term. |
| **Hospital stay - facility fee (inpatient overnight stay)** | Yes, coverage is like ACA plans. |
| **Hospital stay - doctor services (inpatient overnight stay)** | Yes, coverage is like ACA plans. |
| **Day surgery - facility fee (outpatient - no overnight stay)** | Yes, coverage is like ACA plans. Covers surgery in doctor's office in addition to hospital and outpatient surgical center. |
| **Day surgery - doctor services (outpatient - no overnight stay)** | Yes, coverage is like ACA plans. Covers surgery in doctor's office in addition to hospital and outpatient surgical center. |
| **Mental health services (inpatient - overnight stay)** | Yes, coverage is like ACA plans. |
| **Mental health services (outpatient - no overnight stay)** | Yes, coverage is like ACA plans. |
| **Alcohol/drug/substance abuse services (inpatient - overnight stay)** | Yes, coverage is like ACA plans. |
| **Alcohol/drug/substance abuse services (outpatient - no overnight stay)** | Yes, coverage is like ACA plans. |

| | |
|---|---|
| **Preventive care (includes regular checkups, and some screenings and vaccines)** | No. Regular checkups not covered. State mandated screening and vaccines covered under Medical Benefit. |
| **Primary care (office visit to treat an injury or illness)** | Yes, subject to chosen deductible and coinsurance |
| **Specialist care office visit (Doctors who treat one type of health issue. Examples: cancer, skin issues, allergies, heart issues, or kidney issues.)** | Yes, subject to chosen deductible and coinsurance |
| **Drugs ordered by your doctor (outpatient prescription drugs)** | Yes, but there are some limits. Coverage is limited to formulary drugs. You can view the formulary and determine the tier status for a prescription drug by accessing your prescription benefits via our website at www.myuhone.com or by calling the telephone number on your identification card. Tier 1 Drugs - $25 Copay. Tiers 2-4 Drugs - Subject to deductible and coinsurance. Maximum benefit: $5,000 covered expenses per person. |
| **Services for a pregnant woman: prenatal office visits** | No. Covers complications of pregnancy only. |
| **Services for a pregnant woman: delivery - doctor services** | No. Covers complications of pregnancy only. |
| **Services for a pregnant woman: delivery - facility fee** | No. Covers complications of pregnancy only. |

**You must confirm you read and understand this form:**

Did you read and understand the limited benefits offered by this plan before you applied or paid for coverage?

☐Yes, I read and understand the benefits and limits of this plan. I was not required to make a payment or apply for this certificate before getting this disclosure form.

Don't sign this document if you don't understand it.

No firme este documento si no lo comprende.

**Type or sign your name:**

| Signature Information | Signature |
|---|---|
| Proposed Insured (or Parent/Legal Guardian if Proposed Insured is a child) | |
| **Date** | |

**Have a complaint or need help?**

To check if an agent has a license or to file a complaint, go to the Texas Department of Insurance's website at [www.tdi.texas.gov](http://www.tdi.texas.gov) or call 1-800-252-3439.

---

Federal notice: This coverage is not required to comply with certain federal market requirements for health insurance, principally those contained in the Affordable Care Act. Be sure to check your certificate carefully to make sure you are aware of any exclusions or limitations regarding coverage of preexisting conditions or health benefits (such as hospitalization, emergency services, maternity care, preventive care, prescription drugs, and mental health and substance use disorder services). Your certificate might also have lifetime and/or annual dollar limits on health benefits. If this coverage expires or you lose eligibility for this coverage, you might have to wait until an open enrollment period to get other health insurance coverage.

**Golden Rule®**
A UnitedHealthcare Company

7440 Woodland Drive
Indianapolis, IN 46278-1719

For Inquiries: (800) 657-8205

In this certificate, *"you,"* or *"your"* will refer to the *primary insured* named below, and *"we," "our"* or *"us"* will refer to Golden Rule Insurance Company, a stock company. Defined terms are in italics.

## AGREEMENT AND CONSIDERATION

*We* certify that, as of the applicable *effective date* shown in the Data Page, *you* became insured under the group insurance *policy* shown in the Data Page. *We* will pay benefits for a *loss* as set forth in the *policy.* This certificate is issued in exchange for and on the basis that the information shown on *your* application is correct and complete. Therefore, PLEASE READ YOUR APPLICATION. If it is not complete or has an error, please let *us* know. An incorrect or incomplete application may cause *your* certificate to be voided or claims to be reduced or denied. All provisions, limitations, and exclusions of the group insurance *policy* apply to the insurance evidenced by this certificate, even if not mentioned in this certificate.

## POLICY TERM AND NONRENEWABILITY

The premium *you* paid put this certificate in force as of the *effective date* shown in the Data Page. It will stay in force until the termination date shown in the Data Page, subject to receipt of premiums and cancellation for fraud. The *policy term* will begin and end at 12:01 A.M., where *your residence* is located. This certificate cannot be renewed beyond the termination date listed in the Data Page.

## 10-DAY RIGHT TO EXAMINE AND RETURN THIS CERTIFICATE

Please read this certificate. If *you* are not satisfied, *you* may notify Golden Rule within 10 days of the date *you* received it. Premium paid will be refunded, less claims paid. Coverage under this certificate shall be voided as if coverage had never been issued.

Patrick F. Carr
President

## Short Term Medical Expense Certificate

**Upon timely payment of premiums, coverage will remain in force until the termination date shown in the Data Page, subject to cancellation for fraud in the submission of a claim.**

This coverage is not required to comply with certain federal market requirements for health insurance, principally those contained in the Affordable Care Act. Be sure to check your certificate carefully to make sure you are aware of any exclusions or limitations regarding coverage of preexisting conditions or health benefits (such as hospitalization, emergency services, maternity care, preventive care, prescription drugs, and mental health and substance use disorder services). Your certificate might also have lifetime and/or annual dollar limits on health benefits. If this coverage expires or you lose eligibility for this coverage, you might have to wait until an open enrollment period to get other health insurance coverage.

# TABLE OF CONTENTS

This table of contents is provided as a general guide to the major sections of the certificate. The section headings will not affect the validity, construction or effect of the *policy* provisions.


**Section**

DATA PAGE........................................................................ 1

This section is a summary of the specific benefits that apply to *you* and *your* covered *dependents.*

GENERAL DEFINITIONS........................................................................ 2

All *italicized* words are defined, either here or in the provision in which they are used.

POLICYHOLDER PROVISIONS........................................................................ 3

These provisions will affect *your* group insurance coverage. Premium, *policy* termination and notice are some of the provisions in this section.

ELIGIBILITY........................................................................ 4

This section lists eligibility requirements for *you* and any *dependents.*

GENERAL PROVISIONS........................................................................ 5

This section includes a person's *effective date* and termination of coverage.

BENEFIT PROVISIONS........................................................................ 6

This section details the benefits provided under this coverage.

GENERAL EXCLUSIONS and LIMITATIONS........................................................................ 7

Read carefully and note that each benefit provision may have specific exclusions and limitations.

SPECIAL CONDITIONS and PROVISIONS........................................................................ 8

Some of the provisions in this section are *preexisting conditions*, and coordination of benefits.

UNIFORM PROVISIONS........................................................................ 9

This section includes many provisions required by law, including claims procedures.

# DATA PAGE

**Master Policy** - GO-USTAG20
**Policyholder** - FACT

**Certificate Number -** 096-540-158
**Primary Insured -** Michael Brewer
**Plan -** Individual
**Policy Term -** one day less than 12 months

**EFFECTIVE DATE** (at 12:01 a.m. on)................................................................ December 12, 2021

**TERMINATION DATE** (at 12:01 a.m. on):........................................................December 11, 2022*
*The grace period will never extend beyond this termination date.

**IMPORTANT:**

**Benefits are available only for *eligible expenses* incurred at a *network provider*. No benefits are payable for non-*emergency* expenses incurred at a non-*network provider*.**

***Network providers* have agreed to discounted pricing for *covered expenses* with no additional billing to *you* other than *deductible amounts*, *copayment amounts*, and coinsurance. Non-*network providers* may bill *you* for any amount up to the billed charge.**

***Covered expenses* for *emergency* treatment received from a non-*network provider* will be paid as *eligible expenses*.**

**Non-*emergency covered expenses* provided at a *network* facility by a non-*network* facility-based physician will be paid as *eligible expenses*. As a result, *you* will be responsible for paying the difference between the amount billed by the non-*network* facility-based physician and the *eligible expense*.**

**AMOUNT PAYABLE**
**Maximum Benefit Limit**
Per *covered person*, per *policy term*.................................................................... $1,000,000

**DEDUCTIBLE AMOUNT**, per *covered person*, per *policy term*
**Network Provider**................................................................................................. $5,000

Maximum number of *covered persons* required to pay the *network provider deductible amount,* per family, per *policy term*...............................................................Two

Unless otherwise stated, the *network provider deductible amount* will not apply to *covered expenses* subject to a *copayment amount*.

**COINSURANCE PERCENTAGE**
For *eligible expenses* in excess of the applicable *deductible amount*.................................30%
(Not applicable to *covered expenses* subject to a *copayment amount,* unless otherwise specifically stated)

**NETWORK COINSURANCE OUT-OF-POCKET MAXIMUM**, per *covered person*, per *policy term*................................................................................................................ $10,000

**BENEFIT LIMITS/SPECIFICS**

**EMERGENCY ROOM DEDUCTIBLE** (for each visit) for *injury* or *illness* to an *emergency* room when the *covered person* is not directly admitted to the *hospital*............................................ $500

Note: After satisfaction of the *emergency* room deductible, *covered expenses* are subject to any applicable *deductible amount* and *coinsurance percentage*.

**NETWORK PROVIDER COPAYMENT AMOUNTS**

**URGENT CARE:** *Copayment amount* per occurrence at an *urgent care center*.................. $50

**OUTPATIENT PRESCRIPTION DRUGS**

**Tier 1**, *prescription drug copayment amount* per *prescription order* or refill................... $25

The *prescription drug copayment amount* applies only when a health insurance identification card is used at a *member pharmacy*.

**Tiers 2, 3, and 4,** will be subject to the applicable *deductible amount* and *coinsurance percentage.*

**Maximum Outpatient Prescription Drugs Covered Expenses**,
per *covered person*, per *policy term*.......................................................................... $2,500

NOTE: Tier status for a *prescription drug* may be determined by accessing *your prescription drug* benefits via *our* website or by calling the telephone number on *your* health insurance identification card. The tier to which a *prescription drug* is assigned may change as detailed in the Outpatient Prescription Drug Expense Benefits Rider.

No benefits are payable for a *prescription drug* received from a non-*member pharmacy*, unless as a result of an *emergency*.

No benefits are payable for expenses in excess of the cost of the *generic drug* when a *brand-name drug* is purchased and the *generic drug* is available.

If a *generic drug* becomes available for a *brand-name drug,* the tier placement of the *brand-name drug* may change, and *your* cost sharing may change and an *ancillary charge* may apply.

"*Generic drug*" means a *prescription drug* product: (1) that is *chemically equivalent* to a *brand-name drug;* or (2) that *we* identify as a generic product based on available data resources including, but not limited to, Medi-Span, that classify drugs as either brand or generic based on a number of factors. *You* should know that all products identified as a "generic" by the manufacturer, pharmacy or *your* physician may not be classified as a *generic drug* by *us*.

**SPINE AND BACK DISORDERS**

Maximum *covered expenses* for outpatient spine and back disorders services, per *covered person*, per *policy term*.................................................................................. $2,500

This limit does not apply to *inpatient* expenses or outpatient *surgery*.

**AIR AMBULANCE**

Maximum *covered expenses*, per *covered person*, per *policy term*................................ $5,000

**INPATIENT HOSPITALIZATION**

Daily Hospital room and Board
and Nursing Services Limit.................................................... Most Common Semi-Private Rate

Intensive Care Unit Limit........................................................................ *Eligible Expenses*

**We may from time to time negotiate fee discounts with health care professionals and facilities. Benefit calculations will be based upon the discounted price, if any.**

**NOTICE: A FACILITY-BASED DOCTOR OR MEDICAL PRACTITIONER MAY NOT BE A NETWORK PROVIDER IN YOUR HEALTH BENEFIT PLAN'S PROVIDER NETWORK, EVEN THOUGH THE DOCTOR OR MEDICAL PRACTITIONER PROVIDES HEALTH-CARE SERVICES AT A NETWORK FACILITY. IF THE DOCTOR OR MEDICAL PRACTITIONER IS NOT A NETWORK PROVIDER IN YOUR HEALTH BENEFIT PLAN'S PROVIDER NETWORK, YOU MAY BE RESPONSIBLE FOR PAYMENT OF THE DOCTOR'S OR MEDICAL PRACTITIONER'S FEES NOT PAID BY YOUR HEALTH BENEFIT PLAN.**

## Have a complaint or need help?

If you have a problem with a claim or your premium, call your insurance company or HMO first. If you can't work out the issue, the Texas Department of Insurance may be able to help.

Even if you file a complaint with the Texas Department of Insurance, you should also file a complaint or appeal through your insurance company or HMO. If you don't, you may lose your right to appeal.

**Golden Rule Insurance Company**
To get information or file a complaint with your insurance company or HMO:

**Call: Grievance Administrator**
**Toll-free: 1-800-657-8205**
Email: uhoappealsandgrievances@uhc.com
Mail: PO Box 31371, Salt Lake City, UT 84131-0371

**The Texas Department of Insurance**
To get help with an insurance question or file a complaint with the state:

Call with a question: 1-800-252-3439
File a complaint: www.tdi.texas.gov
Email: ConsumerProtection@tdi.texas.gov
Mail: MC 111-1A, P.O. Box 149091, Austin, TX 78714-9091

## ¿Tiene una queja o necesita ayuda?

Si tiene un problema con una reclamación o con su prima de seguro, llame primero a su compañía de seguros o HMO. Si no puede resolver el problema, es posible que el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés) pueda ayudar.

Aun si usted presenta una queja ante el Departamento de Seguros de Texas, también debe presentar una queja a través del proceso de quejas o de apelaciones de su compañía de seguros o HMO. Si no lo hace, podría perder su derecho para apelar.

**Golden Rule Insurance Company**
Para obtener información o para presentar una queja ante su compañía de seguros o HMO:

**Llame a: Grievance Administrator**
**Teléfono gratuito: 1-800-657-8205**
electrónico: uhoappealsandgrievances@uhc.com
Dirección postal: PO Box 31371, Salt Lake City, UT 84131-0371

**El Departamento de Seguros de Texas**

Para obtener ayuda con una pregunta relacionada con los seguros o para presentar una queja ante el estado:

Llame con sus preguntas al: 1-800-252-3439
Presente una queja en: www.tdi.texas.gov
Correo electrónico: ConsumerProtection@tdi.texas.gov
Dirección postal: MC 111-1A, P.O. Box 149091, Austin, TX 78714-9091

# APPLICATION FOR SHORT TERM MEDICAL INSURANCE
# GOLDEN RULE INSURANCE COMPANY
# INDIANAPOLIS, INDIANA 46278-1719

**Please list only those persons needing coverage.**

## Applicant(s) Information

| Gender | Name (Last, First, M.I.) | Social Security Number | Birth Date* | MUST BE ACCURATE** Height | Weight |
|---|---|---|---|---|---|
| ☑ Male ☐ Female | Primary (You) BREWER MICHAEL | * * * - * * - * * * 2 | [redacted] [redacted] | 6' 0" | 175 |
| ☐ Male ☐ Female | Spouse | - - | | | |
| ☐ Male ☐ Female | Child 1 | | | | |
| ☐ Male ☐ Female | Child 2 | | | | |
| ☐ Male ☐ Female | Child 3 | | | | |
| ☐ Male ☐ Female | Child 4 | | | | |

*If born within 30 days prior to the effective date of coverage, the person will not be covered under the policy/certificate.

**Applicants must meet our height and weight guidelines to qualify for coverage.

**Resident Physical Address (where you live and pay taxes). PO Boxes are not accepted.**

| Street (Include Apt.) | City | State | ZIP Code |
|---|---|---|---|
| 2106 BARRINGTON POINTE DR | LEAGUE CITY | TX | 77573 |

**Mailing Address (if different than Resident Address)**

| Street (Include Apt.) | City | State | ZIP Code |
|---|---|---|---|
| | | | |

**Payor (if not you)**

| Name (Last, First, M.I.): | Relationship to Primary | | |
|---|---|---|---|
| | ☐ Relative ☐ Other (Specify):______ | | |
| Street (Include Apt.) | City | State | ZIP Code |
| | | | |

## Contact Information

| | Phone Number | Email | Applicant |
|---|---|---|---|
| **Primary (You)** | 832 496-7371 ☐ Check if not a mobile phone. | cabie19363@yahoo.com | |
| **Spouse** | | | |
| **Dependent Child age 18 and over** | | | |
| **Dependent Child age 18 and over** | | | |
| **Payor (if not you)** | - | | |

## Plan Selection

| | | | | |
|---|---|---|---|---|
| **Requested Effective Date:** 12 / 12 / 2021<br>*(See Statement of Understanding section)* | | **Months of Coverage:** 12 | | |
| **Plans**<br>*(Choose one plan)* | ☐ **Premier Elite** | 100/0 - $0 | ☐ **Copay** | 80/20 - $5,000 |
| | ☐ **Plus Elite** | 100/0 - $0 | ☑ **Value** | 70/30 - $10,000 |
| | ☐ **Plus** | 80/20 - $2,000 | | |
| **Deductible Amount**<br>*(Choose one)* | ☐ $2,500 - Available for Plus Elite, Plus, Copay, and Value plans only<br>☑ $5,000 - Available for all plans<br>☐ $7,500 - Available for Plus Elite, Plus, Copay, and Value plans only<br>☐ $10,000 - Available for Premier Elite, Plus Elite, and Copay plans only<br>☐ $14,000 - Available for Premier Elite only<br>☐ $15,000 - Available for Plus Elite, Plus, Copay, and Value plans only | | | |

## Optional Benefits Selection

| | |
|---|---|
| **Supplemental Accident Benefit** | ☐ $2,500 ☐ $5,000 ☐ $7,500 ☐ $10,000 ☐ $15,000 |
| **Consecutive Short Term Plans** | ☐ (If this option is selected, a condition that began during the first Short Term Medical Expense policy/ certificate with us will not be a preexisting condition under later Short Term Medical Expense policies/ certificates with us during a continuous, uninterrupted period of coverage, as defined in the Consecutive Short Term Plans Rider.) |
| **Virtual Care Rider** | ☐ |

## Application Questions

| **General Information** | | **Yes** | **No** |
|---|---|---|---|
| G1 | During the past 5 years, has any applicant been declined for insurance by a carrier other than Golden Rule Insurance Company due to health reasons?<br>If yes, select each person: ☐Primary ☐Spouse ☐Child 1 ☐Child 2 ☐Child 3 ☐Child 4<br>The person(s) named will not be covered under the policy/certificate. | ☐ | ☑ |
| G2 | Has any applicant lived in the 50 states of the USA or the District of Columbia for **less than** the past 12 months?<br>If yes, select each person: ☐Primary ☐Spouse ☐Child 1 ☐Child 2 ☐Child 3 ☐Child 4<br>The person(s) named will not be covered under the policy/certificate. | ☐ | ☑ |
| G3 | During the past 12 months, has any applicant smoked cigarettes or e-cigarettes or used tobacco in any form (including smokeless tobacco) or nicotine substitute?<br>If yes, select each person: ☐Primary ☐Spouse ☐Child 1 ☐Child 2 ☐Child 3 ☐Child 4 | ☐ | ☑ |
| **Medical History Information** | | **Yes** | **No** |
| M1 | Is any applicant currently pregnant, an expectant parent, in the process of adopting a child, or undergoing infertility treatment?<br>**If yes, coverage cannot be issued.** | ☐ | ☑ |
| M2 | Within the last 5 years, has any applicant received medical or surgical consultation, advice, or treatment, including medication, for **any of the following:** blood disorders, liver disorders, kidney disorders, chronic obstructive pulmonary disorder (COPD) or emphysema, diabetes, cancer, multiple sclerosis, heart or circulatory system disorders (excluding high blood pressure), Crohn's disease or ulcerative colitis, or alcohol or drug abuse or immune system disorders?<br>If yes, select each person: ☐Primary ☐Spouse ☐Child 1 ☐Child 2 ☐Child 3 ☐Child 4<br>The person(s) named will not be covered under the policy/certificate. | ☐ | ☑ |

## Application Questions *(continued)*

| | | Yes | No |
|---|---|---|---|
| M3 | During the past 12 months, has any applicant been advised to undergo any test (except for HIV test), treatment, hospitalization, or surgery which has not yet been completed or for which results have not yet been received?<br>If yes, select each person: ☐Primary ☐Spouse ☐Child 1 ☐Child 2 ☐Child 3 ☐Child 4<br>The person(s) named will not be covered under the policy/certificate. | ☐ | ☑ |
| M4 | Within the last 5 years, has any applicant received treatment, advice, medication, or surgical consultation for HIV infection from a doctor or other licensed clinical professional, or had a positive test for HIV infection performed by a doctor or other licensed clinical professional?<br>If yes, select each person: ☐Primary ☐Spouse ☐Child 1 ☐Child 2 ☐Child 3 ☐Child 4<br>The person(s) named will not be covered under the policy/certificate. | ☐ | ☑ |

| **Other Coverage Information** | | **Yes** | **No** |
|---|---|---|---|
| O1 | Does any applicant now have, or is any applicant currently applying for, other hospital or medical expense insurance that **will not** terminate prior to the requested effective date?<br>If yes, provide the following details. | ☐ | ☑ |

| Type of Coverage (e.g. major medical, short term, critical illness) | Insurance Company Name | Applicants Covered | Planned Termination Date (if any) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| **For Applicants with Current Short Term Medical Coverage With Us** | | **Yes** | **No** |
|---|---|---|---|
| S1 | Does any applicant currently have short term limited duration medical insurance coverage with Golden Rule Insurance Company that will **not** terminate prior to the requested effective date?<br>If yes, please answer question a below. | ☐ | ☑ |
| | a. Do you want to terminate the current short term medical coverage the effective date of the new policy/certificate, if issued? If yes:<br>i. Any illness, injury, or condition that began during the current coverage will be considered a preexisting condition under the new policy/certificate and may not be covered; and<br>ii. Any deductible amount, coinsurance percentage and other amounts paid by you under your current coverage do **not** count toward the new policy/certificate.<br>If you answer no to question S1a, the effective date of the new policy/certificate, if issued, will be the date your current short term medical coverage terminates. | ☐ | ☐ |

This coverage is not required to comply with certain federal market requirements for health insurance, principally those contained in the Affordable Care Act. Be sure to check your policy/certificate carefully to make sure you are aware of any exclusions or limitations regarding coverage of preexisting conditions or health benefits (such as hospitalization, emergency services, maternity care, preventive care, prescription drugs, and mental health and substance use disorder services). Your policy/certificate might also have lifetime and/or annual dollar limits on health benefits. If this coverage expires or you lose eligibility for this coverage, you might have to wait until an open enrollment period to get other health insurance coverage.

## Statement of Understanding

I have read this application and represent that the information shown on it is true and complete. I understand that:

(1) No insurance will become effective unless my application is approved and the appropriate premium is actually received by Golden Rule with this application.

(2) No benefits will be paid for a health condition that exists prior to the date insurance takes effect.

(3) If coverage is issued, the coverage will not be a continuation of any prior coverage.

(4) Incorrect or incomplete information in this application may result in voidance of coverage and claim denial.

(5) The information provided in this application, and any supplement or amendments to it, will be made a part of any policy/certificate that may be issued.

(6) If my application is approved, insurance will be effective the later of: (a) the requested effective date, or (b) the effective date approved by Golden Rule.

(7) If other short term limited duration medical insurance is still active with Golden Rule for any applicant on that effective date, then the effective date of the new coverage, if issued, will be the date the current short term medical coverage terminates unless otherwise indicated in this application.

(8) The producer is only authorized to submit the application and initial premium and may not change or waive any right or requirement.

(9) If I have provided a phone number, Golden Rule may provide a welcome call. If I have provided a mobile phone number, Golden Rule may also text me (a) prior to the end of my short term medical coverage, (b) if my coverage lapses, and/or (c) if my premium is past due.

(10) The policy/certificate does not cover the charges for services received from a non-network provider, except for emergencies.

## Signature Information

| | Signature | Date Signed |
|---|---|---|
| Proposed Insured (or Parent/Legal Guardian if Proposed Insured is a child) | MICHAEL BREWER (esign) | 11 05 21 |

### Important Notes:

- **No application will be accepted if received by Golden Rule more than 15 days after the date signed.**
- **Altered applications will not be accepted.**

# To Continue Your Application for Coverage, You Must Become A Member Of FACT

**Read and fill out the following FACT Membership Enrollment Form.**

## FACT Membership Enrollment Form

I hereby enroll for Basic ($4 a month) membership in the FEDERATION OF AMERICAN CONSUMERS AND TRAVELERS (FACT). Upon completion of this enrollment form and payment of initial dues, I understand that: (a) I will be entitled to FACT's benefits; (b) these benefits may change from time to time; (c) some benefits may have a delayed effective date; (d) my membership will become effective on the day this enrollment form is dated and signed;
(e) I am eligible to apply for association group insurance; and (f) I authorize the release of my name, address, date of birth, certificate and phone numbers, application date, membership level, and email address listed on the Golden Rule Application for Short Term Medical Insurance to FACT. Note: Accident Insurance is included in your FACT membership and you will have an opportunity to name your beneficiary(ies) by mail or on the FACT website.

X MICHAEL BREWER (esign) — Member's Signature

2021-11-05 — Date

FACT ENFO STM 0216

If you wish to apply for association group health insurance, please complete the application.

## Producer

X Shane Brodil — Print Full Name

16580645 — Producer Number

## Payment Options: Single Payment or Monthly Payment

Electronic Funds Transfer (EFT) and Credit Card payments will be collected at the time of application. Premium will be verified and may be adjusted up or down during the processing of your application. Please select your payment option and then complete the authorization below. Amounts include monthly $4 FACT fee.

☐ **Single Payment** (one single payment for all months of coverage chosen):

☐ **EFT**

☐ **Credit Card**

**Amount $**__________

OR

☑ **Monthly Payment:**

☐ **EFT**

☑ **Credit Card**

**Amount $** 289.19

## Electronic Funds Transfer Authorization - Complete only if paying by EFT




I (we) hereby authorize FACT or Golden Rule Insurance Company to initiate debit entries to the account indicated below. I also authorize the named financial institution to debit the same to such account.

I agree this authorization will remain in effect until you actually receive written notification of its termination from me.

Type of Account: ☐Checking ☐Savings

Nine-digit Routing No. __________ Account No. __________

Financial Institution's Name __________

Address __________

City, State, ZIP __________

Draft On __________ __________
Day Date Signed

Only select a draft date between the 1st and 28th of the month.

In Tennessee and Texas, drafts may only be scheduled on 1) the premium due date; or 2) up to 10 days after the due date.

X __________
Authorized Account Signature

## Credit Card Authorization - Complete only if paying by Credit Card

I authorize FACT or Golden Rule Insurance Company to bill my American Express/MasterCard/Visa/Discover account for the Single Payment or Monthly Payment above.

Type of Card: ☐ MasterCard ☐ Visa ☐ American Express ☐ Discover Exp. Date: ____ Month ____ Year

Billing ZIP Code: __________ Card Number __________

X MICHAEL BREWER (esign)Authorized U
Signature of Authorized User

Charge On 12
Day

Only select a charge date between the 1st and 28th of the month.

Note: Some card issuers/financial institutions charge cash advance fees on insurance payments.

## Is this short-term health insurance plan right for me?

## **You must read and sign this form.**

**Plan name: Short Term Medical Value**

**$5,000 deductible, 30 % coinsurance**

**Offered by: Golden Rule Insurance Company**

This plan does not need to follow federal Affordable Care Act (ACA) rules. Unlike ACA plans, this short-term plan:

- May not cover all injuries or sicknesses, including any you have before applying.
- May not pay for some medical care you might need.
- Doesn't allow you to get federal help with premiums or out-of-pocket costs (tax credits and cost-sharing reductions).

Carefully read the information below so you know this plan's coverage limits and your rights under this plan.

**How long will this plan cover me?**

12 months

**Can I renew or extend this plan?**

No.

**When this plan ends, can I sign up for another insurance plan?**

- **If you want to sign up for another short term health plan or another plan not covered by ACA laws:** You can sign up for another plan at any time. But a short-term health plan can deny you for health reasons. The amount of your premium payment might change.
- **If you want to sign up for a health plan covered by ACA laws:** You can sign up for another plan only during open enrollment or if you have a qualifying life event (like losing coverage from your job or having a baby). To find out if you have a qualifying life event, talk to your insurance agent or go to HealthCare.gov.
  - The next open enrollment dates for ACA plans are:
    **2021:** November 1 – December 15
    **2022:** November 1 – December 15
    **2023:** November 1 – December 15
  - When you sign up for a plan during HealthCare.gov open enrollment dates, your insurance coverage will start January 1.

   - **The end of this plan is not a qualifying life event. You may have to wait until the next open enrollment period to sign up for an ACA plan.**

### Am I covered for an injury, illness, or disease I had before I applied for this plan (a preexisting condition)?

No.

- You must tell the truth when answering questions about your health.
- We can deny claims for any injury, illness, or disease you had before signing up for this plan (whether or not you tell us about your condition).

### What is the most (maximum) this plan will pay for services?

$ 1 Million per covered person

### What is the deductible (the amount that I must pay for services before this plan starts paying)?

You must pay $ 5,000 per person (per family for Premier Elite plans), per policy term, (plus your premiums) before the plan will start paying for services.

The following covered expenses are exempt from the deductible amount:

- One digital rectal examination and one prostate specific antigen test per policy term, per covered person, for screening for the early detection of prostate cancer.
- Child immunizations, as defined in the certificate.
- One screening test for hearing loss administered within 30 days of birth and related diagnostic follow-up care for 24 months following birth.

### Does this plan use a network of doctors/providers?

Yes, the plan is an EPO (exclusive provider benefit plan) and has a network of doctors/providers. Except for emergency care and some other situations, the plan covers care only from in-network providers.

View the plan's list of in-network doctors/providers: Visit UHOne.com and select Find a Doctor to search for network providers in your state.

### What type of care will this plan cover?

Review the chart below to know which benefits are covered by this plan. ACA plans cover all listed benefits with few limits, but this plan limits coverage for some types of care.

The chart below does not include your coinsurance amount. Your coinsurance may be found at the beginning of this notice along with your Plan name and deductible amount. All benefits under your plan are subject to the deductible amount and coinsurance unless a copay applies or unless specifically stated otherwise.

| Type of Care | Is it covered? |
|---|---|
| **Emergency room visit** | Yes, but there are some limits. Additional $500 emergency room deductible if not admitted to the hospital for further treatment. Then subject to chosen deductible and coinsurance. |
| **Urgent care** | Yes, but there are some limits. Urgent care center charges subject to $50 copay per visit. Exempt from deductible. |
| **Ambulance** | Yes, but there are some limits. Air ambulance limited to $5,000 maximum covered expense, per person, per policy term. |
| **Hospital Stay – facility fee (inpatient overnight stay)** | Yes, coverage is like ACA plans. |
| **Hospital Stay – doctor services (inpatient overnight stay)** | Yes, coverage is like ACA plans. |
| **Day surgery – facility fee (outpatient – no overnight stay)** | Yes, coverage is like ACA plans. Covers surgery in doctor's office in addition to hospital and outpatient surgical center. |
| **Day surgery – doctor services (outpatient – no overnight stay)** | Yes, coverage is like ACA plans. Covers surgery in doctor's office in addition to hospital and outpatient surgical center. |
| **Mental health services (inpatient – overnight stay)** | Yes, coverage is like ACA plans. |
| **Mental health services (outpatient – no overnight stay)** | Yes, coverage is like ACA plans. |
| **Alcohol/drug/substance abuse services (inpatient – overnight stay)** | Yes, coverage is like ACA plans. |
| **Alcohol/drug/substance abuse services (outpatient – no overnight stay)** | Yes, coverage is like ACA plans. |

| | |
|---|---|
| **Preventive care (includes regular checkups, and some screenings and vaccines)** | No. Regular checkups not covered. State mandated screening and vaccines covered under Medical Benefit. |
| **Primary care (office visit to treat an injury or illness)** | Yes, coverage is like ACA plans. |
| **Specialist care office visit (Doctors who treat one type of health issue. Examples: cancer skin issues, allergies, heart issues or kidney issues)** | Yes, coverage is like ACA plans. |

| | |
|---|---|
| **Drugs ordered by your doctor (outpatient prescription drugs)** | Yes, but there are some limits. Coverage is limited to formulary drugs. You can view the formulary and determine the tier status for a prescription drug by accessing your prescription benefits via our website at www.myuhone.com or by calling the telephone number on your identification card.<br>Tier 1 Drugs - $25 Copay<br>Tiers 2-4 Drugs: Subject to deductible and coinsurance.<br>Maximum benefit: $2,500 covered expenses per person. |
| **Services for a pregnant woman: prenatal office visits** | No. Covers complications of pregnancy only. |
| **Services for a pregnant woman: delivery – doctor services** | No. Covers complications of pregnancy only. |
| **Services for a pregnant woman: delivery – facility fee** | No. Covers complications of pregnancy only. |

**You must confirm you read and understand this form:**

Did you read and understand the limited benefits offered by this plan before you applied or paid for coverage?

☑ Yes, I read and understand the benefits and limits of this plan. I was not required to make a payment or apply for this certificate before getting this disclosure form.

Don't sign this document if you don't understand it.

No firme este documento si no lo comprende.

**Type or sign your name:**

| **Signature Information** | **Signature** |
|---|---|
| Proposed Insured<br>(or Parent/Legal Guardian<br>If Proposed Insured is a child) | MICHAEL BREWER (esign) |
| **Date** | 11 05 21 |

## Have a complaint or need help?

To check if an agent has a license or to file a complaint, go to the Texas Department of Insurance's website at **www.tdi.texas.gov** or call 1-800-252-3439.

---

Federal notice: This coverage is not required to comply with certain federal market requirements for health insurance, principally those contained in the Affordable Care Act. Be sure to check your certificate carefully to make sure you are aware of any exclusions or limitations regarding coverage of preexisting conditions or health benefits (such as hospitalization, emergency services, maternity care, preventive care, prescription drugs, and mental health and substance use disorder services). Your certificate might also have lifetime and/or annual dollar limits on health benefits. If this coverage expires or you lose eligibility for this coverage, you might have to wait until an open enrollment period to get other health insurance coverage.

# CONSENT TO RECEIVE ELECTRONIC RECORDS AND TO CONDUCT TRANSACTIONS ELECTRONICALLY

By submitting this consent form or a health insurance application or HMO enrollment form, you hereby consent to presentation, delivery, storage retrieval and transmission of "Communications" related to "Our Transaction" as electronic records instead of in paper form.

For the purposes of this form, "Our Transaction" means the entirety of the business relationship between you and us. "Communications" includes, but is not limited to:

1. Your application or enrollment form, including subsequent amendments;
2. Information related to Our Transaction that we are required to provide or make available in writing such as privacy notices or fraud warnings;
3. Documents related to Our Transaction such as policy, certificate, or evidence of coverage forms, claim forms, explanation of benefit forms, premium notices or privacy policies and notices (e.g., HIPAA Notices or Privacy Practices) or other administrative forms (to the extent permitted by applicable law);
4. Any emails, faxes, recorded telephone calls, or other electronic transmissions of information between you and us and an insurance producer contracted with us, or between us and any third party.

Subject to our obligations to protect your privacy, we may, at our sole discretion, post Communications on a website (in which case they will be sent or received, as the case may be, regardless of whether or not we own, operate or control the website). Or send them in or attached to an email. Please be advised that communication by unencrypted email presents a risk of disclosure to, or interception by, unintended third parties. You must promptly tell us about any change to your electronic or physical mailing address, or other contact information.

You acknowledge that you can receive or access Communications because you have the following:

- A telephone
- A computer and printer
- A device or computer program for listening to audio CDs, mp3, WAV or other common computer audio files
- An Internet browser
- Access to the Internet
- A valid email address
- Adobe Acrobat Reader or other sufficient PDF reader

You can request a free copy of any Communications, or withdraw your consent to receive electronic Communications at any time by sending a written request to:

**Policy Administration**
**PO Box 31372**
**Salt Lake City, UT 84131-0372**

☑ I hereby consent to receive Communications and Transaction Documents electronically, as per the aforementioned conditions. All of the Communications between the time you submit your consent and withdraw your consent will remain valid and binding on both you and us notwithstanding your withdrawal.

☐ I hereby DO NOT consent to receive Communications and Transaction Documents electronically, as per the aforementioned conditions. If you do not consent, we will conduct all future business with you in paper form.

X MICHAEL BREWER (esign)
Primary Applicant *(You)*

X
Parent/Guardian *(if you are a minor)* Relationship

cabie19363@yahoo.com
Primary Applicant *(You)* Email Address

Parent/Guardian (*if you are a minor*) Email address

11 05 21
Date

096540158
Policy ID Number

## Acknowledgement Of Application Completion

**Acknowledgement:**

1. I specifically requested my broker to complete this health insurance application for me as a matter of convenience and efficiency.
2. I acknowledge that the application was completed with information I provided to my broker, and that such action was with my full and actual knowledge and specific consent.
3. I have personally, carefully, and completely reviewed the completed application, and, prior to signing the application, have made any changes necessary to avoid any incomplete or incorrect information.

4. I adopt the completed application as signed by me; and
5. I specifically adopt the Statement of Understanding presented on the last page of the application immediately above my signature.

X____ I understand the above list of acknowledgements.

By entering my name below, I am indicating my intent to electronically sign this ACKNOWLEDGEMENT, and warrant that all of the statements in it are true, correct and accurate. I understand that this has the same effect as signing a paper acknowledgement by hand.

| | |
|---|---|
| X MICHAEL BREWER (esign) | X |
| Signature of Primary Applicant(You) | Signature of Spouse/Domestic Partner (if to be covered) |
| X | X 2021-11-05 |
| Signature of Parent/Guardian (if You are a minor) | Date |

# SECTION 2
# DEFINITIONS

In the *policy*/certificate, *italicized* words are defined. Words not *italicized* will be given their ordinary meaning.

Wherever used in this the *policy*/certificate*:*

*"Accident"* or *"accidental"* means an unintended or unforeseeable event that occurs while this *policy* is in force and that is not excluded in the General Exclusions and Limitations section of this the *policy*/certificate.

"*Applied behavioral analysis*" means the design implementation, and evaluation of environmental modifications using behavioral stimuli and consequences to produce socially significant improvement in human behavior, including the use of direct observation, measurement, and functional analysis of the relations between environment and behavior.

"*Autism spectrum disorder*" means neurobiological disorder including autism, Asperger's syndrome and other pervasive developmental disorders not otherwise specified, caused by genetic, metabolic or other biological factors.

"*Breast tomosynthesis*" means a radiologic mammography procedure that involves the acquisition of projection images over a stationary breast to produce cross-sectional digital three dimensional images of the breast from which applicable breast cancer screening diagnosis may be determined.

"*Caretaker*" means any person who regularly assists a *covered person* who is rendered by age or infirmity unable to manage his or her own *illness*.

"*Child immunizations*" means the specified vaccines when provided between a *covered person's* date of birth and 6th birthday in a manner and frequency conforming to recognized standards of medical practice. *Child immunizations* include vaccines for diphtheria; haemophilus influenzae type b (Hib); hepatitis B; measles; mumps; pertussis; polio; rubella; tetanus; varicella; and any other immunization that is required by law for the child.

*"Children's preventive health care services"* means services which are:

A. Ordered, delivered, or supervised by a *doctor;*

B. Limited to a medical history, physical examination, developmental assessment, anticipatory guidance, and appropriate immunizations and laboratory tests, which are all in keeping with prevailing medical standards; and

C. Provided during periodic preventive care visits.

*Children's preventive health care services* are limited to the following:

A. One visit at each of the following (approximate) age intervals: birth, 2 weeks, 2 months, 4 months, 6 months, 9 months, 12 months, 15 months, 18 months, 2 years, 3 years, 4 years, 5 years, 6 years, 8 years, 10 years, 12 years, 14 years, 16 years and 18 years; and

B. The services of one *doctor* for all of the services provided at each visit shown in (A) above.

*"Coinsurance percentage"* means the percentage of *covered expenses* that a *covered person* must pay after the applicable *deductible amount* or *copayment amount* has been met.

*"Complications of pregnancy"* means conditions whose diagnoses are distinct from pregnancy, but are adversely affected by pregnancy or are caused by pregnancy and not, from a medical viewpoint, associated with a normal pregnancy. This includes:

A. Ectopic pregnancy, spontaneous abortion, severe preeclampsia, eclampsia, missed abortion, and similar medical and surgical conditions of similar severity*.*

B. *Hospital* confinement required to treat the following: acute nephritis, nephrosis, cardiac decompensation, HELLP syndrome, uterine rupture, amniotic fluid embolism, chorioamnionitis, fatty liver in pregnancy, septic abortion, placenta accreta, gestational hypertension, puerperal sepsis, peripartum cardiomyopathy, cholestasis in pregnancy, thrombocytopenia in pregnancy, placenta previa, placental abruption, acute cholecystitis and pancreatitis in pregnancy, postpartum hemorrhage, septic pelvic thromboplebitis, retained placenta, venous air embolus associated with pregnancy, miscarriage, or an emergency caesarean section required because of: (1) fetal or maternal distress during labor, (2) severe pre-eclampsia, (3) arrest of descent or dilatation, (4) obstruction of the birth canal by fibroids or

ovarian tumors; or (5) the sudden onset of a medical condition manifesting itself by acute symptoms of sufficient severity that, in the absence of immediate medical attention, will result in placing the life of the mother or fetus in jeopardy.

C. Treatment, diagnosis or care for conditions, including the following, in a pregnant female, when the condition was caused by, necessary because of, or was aggravated by the pregnancy: hyperthyroidism; hepatitis B or C; HIV: human papilloma virus; abnormal Pap; syphilis; chlamydia; herpes; urinary tract infections; thromboembolism; appendicitis; hypothyroidism; pulmonary embolism; sickle cell disease; tuberculosis; migraine headaches; depression; acute myocarditis; asthma; maternal cytomegalovirus; urolithiasis; DVT prophylaxis; ovarian dermoid tumors, biliary atresia and/or cirrhosis, first trimester adnexal mass; hyditiform mole; or ectopic pregnancy.

D. An *emergency* or *non-elective caesarean section.* A Caesarean section is not considered to be an *emergency* if it is for the convenience of a patient or *doctor* or if it is performed solely because a previous pregnancy resulted in a caesarean section.

*Complications of pregnancy* does not include: false labor, mild preeclampsia, edema, prolonged labor, *doctor* prescribed rest during the period of pregnancy, morning sickness, and conditions of similar severity associated with management of a difficult pregnancy, and not constituting a medically classifiable distinct complication of pregnancy.

"*Copayment amount"* means the amount of *covered expenses* that must be paid by a *covered person* for each service that is subject to a *copayment amount* (as shown in Section 1), before benefits are payable for remaining *covered expenses* for that service under this *policy*/certificate.

"*Cosmetic treatment"* means treatments, procedures or services that change or improve appearance without significantly improving physiological function and without regard to any asserted improvement to the psychological consequences or socially avoidant behavior resulting from an *injury, illness* or an anomaly present at birth.

*"Covered expense"* means an expense that is:

A. Incurred while *you* or *your dependent's* insurance is in force under the *policy;*

B. Provided for the purpose of evaluating, diagnosing, testing, or treating an *illness* or *injury;*

C. Covered by a specific benefit provision of the *policy; and*

D. Not excluded anywhere in the *policy.*

"*Covered person"* means *you, your* lawful *spouse,* and each *eligible child* named in the application and not excluded by *us.* A *covered person* must not have reached his or her 65th birthday.

"*Custodial care"* means care which is administered for assistance (rather than for training or education) of the patient in performing the activities of daily living. *Custodial care* also includes non-acute care for a patient who is comatose, semi-comatose, paralyzed or mentally incompetent.

"*Deductible amount*" means the amount of *eligible expenses,* as shown in the Data Page, for which each *covered person* is responsible before any benefits are payable. The *deductible amount* does not include any *copayment amount*.

*"Dental expenses"* means *surgery* or services provided to diagnose, prevent, or correct any ailments or defects of the teeth and supporting tissue and any related supplies or oral appliances. Expenses for such treatment are considered *dental expenses* regardless of the reason for the services.

*"Dependent"* means: (A) *your* lawful *spouse;* or (B) an *eligible child*.

"*Diabetes"* includes Type 1, Type 2, or gestational diabetes, diabetes insipidus, and other specific types of diabetes mellitus.

*"Diabetes self-management training"* means instruction in an *inpatient* or outpatient setting, excluding programs the primary purposes of which are weight reduction, which enables *covered person* and/or his or her *caretaker* to understand the diabetic management process and daily management of diabetic therapy as a method of avoiding frequent hospitalizations and complications, including nutritional counseling and proper use of diabetes equipment and supplies.

*Diabetes self-management training* may be received from:

A. A *diabetes self-management training* program recognized by the American Diabetes Association;

B. A multidisciplinary team consisting of at least a dietitian and a nurse educator,

coordinated by a Certified Diabetes Educator;

C. A Certified Diabetes Educator; or

D. A physician, physician's assistant, registered nurse, licensed or registered dietitian, or a pharmacist, each of whom must be appropriately licensed, registered or certified in Texas, and determined by his or her licensing board to have recent didactic and experiential preparation in diabetes clinical and educational issues.

"*Diagnosis of autism spectrum disorder*" means one or more tests, evaluations, or assessments prescribed, performed or ordered by a *doctor* to diagnose whether an individual has *autism spectrum disorder.*

"*Diagnostic mammogram*" means an imaging examination designed to evaluate the following in a *covered person*:

A. A subjective or objective abnormality detected by a *doctor* in a breast;

B. An abnormality seen by a *doctor* in a *low-dose mammography*;

C. An abnormality previously identified by a *doctor* as probably benign in a breast for which follow-up imaging is recommended by a *doctor*; or

D. A *covered person* with a personal history of breast cancer.

*"Distant site"* means the location of the *medical practitioner* delivering services through telehealth services or *telemedicine medical services* at the time the services are provided.

*"Doctor"* means a duly licensed practitioner of the medical arts, limited to a physician holding an M.D. or D.O. degree, optometrist, dentist, podiatrist, chiropractor, or clinical psychologist. In addition, *doctor* shall include an acupuncturist, advanced practice nurse, audiologist, chemical dependency counselor, dietitian, hearing instrument fitter and dispenser, occupational therapist, psychological associate, speech pathologist and speech therapist. With regard to medical services provided to a *covered person,* a *doctor* must be currently licensed by the state in which the services are provided, and the services must be provided within the scope of that license. With regard to consulting services provided to *us,* a *doctor* must be currently licensed in at least one state of the United States of America.

*"Durable medical equipment*" means items that:

A. Are used to serve a specific diagnostic or therapeutic purpose in the treatment of an *illness* or *injury;*

B. Can withstand repeated use;

C. Are generally not useful to a person in the absence of *illness* or *injury;* and

D. Are appropriate for use in the patient's home.

*"Effective date"* means the applicable date a *covered person* becomes insured for *illness* or *injury* under the *policy*. The applicable *effective date* for initial *covered persons* is shown in the Data Page.

*"Eligible child"* means *your* or *your spouse's* child, if that child is not married and under 26 years of age.

As used in this definition, "child" means:

A. A natural child;

B. A stepchild;

C. A legally adopted child;

D. A child that *you* or *your spouse* are seeking to adopt through court legal proceedings;

E. A child for whom legal guardianship has been awarded to *you* or *your spouse;*

F. A child entitled, by virtue of a court order, to have coverage provided by *you* or *your spouse;* or

G. *Your* grandchild who is considered *your* dependent for federal income tax purposes at the time application for coverage is made.

H. A child that is unmarried and remains chiefly dependent on *you* or *your spouse* for support and maintenance due to mental or physical disability will be considered an *eligible child* under the *policy*/certificate regardless of age. The disabled child's coverage will not terminate due to age. The *dependent* may remain covered for the duration of the *policy term*.

*"Eligible expense"* means a *covered expense* as determined below:

A. For *network providers*: When a *covered expense* is received from a *network provider*, the *eligible expense* is the contracted fee with that provider.

B. For non-*network providers:*

1. **For Non-Network Provider Emergency Services or if a Network**

**Provider is Not Reasonably Available:** When a *covered expense* is received from a non-*network provider*, including a facility-based non-network provider, or a non-network diagnostic imaging or laboratory services provider, as a result of an *emergency* or because a *network provider* was not reasonably available, the *eligible expenses* will be determined based on the higher of:

a. The usual, and customary rate, which is defined as the median amount negotiated with *network providers* for the same service.

b. The amount that would be under Medicare (*part A or part b of title XVII of the Social Security Act, 42 U.S.C. 1395 et seq*.) for the same service.

2. **For Covered Expenses Received From a Non-Network Diagnostic Imaging Provider or Laboratory Service Provider Performed in Connection With a Service Performed by a Network Provider:** The *eligible expense* is based on the usual and customary rate, which is defined as:

   a. For diagnostic imaging services 110% of the published rates allowed by *CMS* for the same or similar service within the geographic market.

   b. For laboratory services: 50% of the published rates allowed by *CMS* for the same or similar service within the geographic market.

   When a rate is not published by *CMS* for the service, we use a gap methodology established by *OptumInsight* and/or a third party vendor that uses a relative value scale. The relative value scale is usually based on the difficulty, time, work, risk and resources of the service. If the relative value scale currently in use becomes no longer available, *we* will use a comparable scale(s). *We* and *OptumInsight* are related companies through common ownership by *UnitedHealth Group*. Refer to our website at www.myuhc.com for information regarding the vendor that provides the applicable gap fill relative value scale information.

   When a rate is not published by *CMS* for the service and a gap methodology does not apply to the service, the Eligible Expense is based on 20% of the provider's billed charge.

   **IMPORTANT NOTICE:** When services for *covered expenses* are performed in connection with a service performed by a *network provider*, non-*network* diagnostic imaging providers or laboratory service providers are not allowed to bill *you* for any difference between the provider's billed charges and the *eligible expense* described here. However, *you* should contact *us* if *you* receive such a bill and *we* will work with the provider so that *you* are only responsible for *your copayment amount, coinsurance percentage* and/or *deductible amount.*

3. **For Non-Emergency Non-Network Facility-Based Physician Services At a Network Facility:** For non-*emergency covered expenses* received at a *network* facility from a non-*network* facility-based physician, the *eligible expense* is based on the usual and customary rate, which is defined as he median amount negotiated with *network providers* for the same service.

4. When the participation of an *assistant surgeon* in a surgical procedure is *medically necessary*, then the services of only one *assistant surgeon* will be reimbursed, and the *eligible expense* for the *covered expenses* provided by a non-*network assistant surgeon* will be the lesser of the *assistant surgeon's* billed charges or 16% of the *eligible expense* paid to the primary surgeon who performed the procedure. An *assistant surgeon* means a licensed practitioner (Physician's assistant, registered nurse, nurse practitioner, or a provider who is a licensed surgical assistant under Texas law), practicing in accordance with the Standards of the Texas Board of Medical Examiners *and/or* Texas Board of Nursing Examiners and meeting the Hospital or Alternate Facility's credentialing criteria for a first assistant.

**IMPORTANT NOTE:** Except as otherwise stated above or when the *eligible expense* is an amount negotiated with the provider, non-*network providers* and non-*network* facility-based physicians may bill

*you* for any difference between the billed charges and the *eligible expense*.

*"Emergency"* means a medical condition of a recent onset and severity, including but not limited to severe pain, that would lead a prudent layperson possessing an average knowledge of medicine and health to believe that the person's condition, sickness, or *injury* is of such a nature that failure to get immediate medical care could result in:

A. Placing the patient's health in serious jeopardy;

B. Serious impairment to bodily functions;

C. Serious dysfunction of any bodily organ or part; or

D. Serious disfigurement; or

E. In the case of a pregnant woman, serious jeopardy to the health of the fetus.

*"Evidence-based treatment"* means treatment subject to research that applies rigorous, systematic, and objective procedures to obtain valid knowledge relevant to *autism spectrum disorders* and shall include any equipment determined necessary to provide the treatment.

*"Experimental or investigational treatment"* means medical, surgical, diagnostic or other health care services, treatments, procedures, technologies, supplies, devices, drug therapies or medications that, after consultation with a medical professional, *we* determine to be one or more of the following:

A. Under study in an ongoing phase I or II clinical trial as set forth in the United States Food and Drug Administration (*"USFDA"*) regulation, whether or not the trial is subject to *USFDA* oversight.

B. An *unproven service*.

C. Subject to *USFDA* approval, and:

   1. It does not have *USFDA* approval;

   2. It has *USFDA* approval only under its Treatment Investigational New Drug regulation or a similar regulation; or

   3. It has *USFDA* approval, but is being used for a use or at a dosage that is not an accepted off-label use. An accepted off-label use of a *USFDA*-approved drug is a use that is:

      a. Included in authoritative compendia as identified from time to time by the Secretary of Health and Human Services;

      b. Safe and effective for the proposed use based on supportive clinical evidence in peer-reviewed medical publications; or

      c. Not an *unproven service*; or

   4. It has *USFDA* approval, but is being used for a use, or to treat a condition, that is not listed on the Premarket Approval issued by the *USFDA* or has not been determined through peer-reviewed medical literature to treat the medical condition of the *covered person*.

D. Experimental or investigational according to the provider's research protocols.

Items C and D above do not apply to phase III or IV *USFDA* clinical trials.

To appeal *our* determination that a treatment is *experimental or investigational treatment*, please refer to the Texas Grievance rider attached to this *policy*/certificate.

"*Gastric pacemaker*" means a medical device that:

A. Uses an external programmer and implanted electrical leads to the stomach; and

B. Transmits low-frequency, high-energy electrical stimulation to the stomach to entrain and pace the gastric slow waves to treat gastroparesis.

"*Hospital"* means an institution that:

A. Operates as a *hospital* pursuant to law;

B. Operates primarily for the reception, care, and treatment of sick or injured persons as *inpatients*;

C. Provides 24-hour nursing service by registered nurses on duty or call;

D. Has a staff of one or more *doctors* available at all times;

E. Provides organized facilities and equipment for diagnosis and treatment of acute medical, surgical, or mental conditions either on its premises or in facilities available to it on a prearranged basis; and

F. Is not primarily a long-term care facility; an *extended care facility,* nursing, rest, *custodial care,* or convalescent home; a place for the aged, drug addicts, alcoholics, or runaways; or a similar establishment.

While confined in a separate identifiable *hospital* unit, section, or ward used primarily as a nursing, rest, *custodial care* or convalescent home, or *extended care facility,* a *covered person* will be deemed not to be confined in a *hospital* for purposes of the *policy*/certificate.

*"Illness"* means a sickness, disease, disorder, or abnormal condition of a *covered person. Illness* does not include pregnancy, learning disabilities, attitudinal disorders, or disciplinary problems. All *illnesses* that exist at the same time and which are due to the same or related causes are deemed to be one *illness.* Further, if an *illness* is due to causes that are the same as, or related to, the causes of a prior *illness,* the *illness* will be deemed a continuation or recurrence of the prior *illness* and not a separate *illness*.

*"Immediate family"* means the parents, *spouse,* children, or siblings of any *covered person,* or any person residing with a *covered person*.

*"Injury"* means *accidental* bodily damage sustained by a *covered person*. All *injuries* due to the same *accident* are deemed to be one *injury*.

*"Inpatient"* means that medical services, supplies, or treatment are received by a *covered person* who is an overnight resident patient of a *hospital* or other facility, using and being charged for room and board.

*"Intensive care unit"* means a Cardiac Care Unit or other unit or area of a *hospital* that meets the required standards of the Joint Commission on Accreditation of Hospitals for Special Care Units.

"*Life-threatening disease or condition*" means a disease or condition from which the likelihood of death is probable unless the course of the disease or condition is interrupted.

*"Loss"* means an event for which benefits are eligible for payment under the *policy.* A *loss* must occur while the *covered person* is insured under this *certificate.*

*"Low-dose mammography"* means:

A. The x-ray examination of the breast using equipment dedicated specifically for mammography, including an x-ray tube, filter compression device, and screens with an average radiation exposure delivery of less than one rad mid-breast and with two views for each breast;

B. Digital mammography; or

C. *Breast tomsyntesis.*

*"Medical disorders requiring specialized nutrients or formulas"* means the following:

A. 3-methylcrotonyl CoA carboxylase deficiency;

B. Argininosuccinic acidemia;

C. Carnitine palmitoyl transferase deficiency type II;

D. Citrullinemia;

E. Disorders of creatine metabolism;

F. Glutaric acidemia, type 1;

G. Glutaric aciduria type II;

H. Glycogen storage diseases;

I. Homocystinuria;

J. Isovaleric acidemia;

K. Long-chain 3-hydroxyacyl-CoA dehydrogenase deficiency;

L. Malonic aciduria;

M. Maple syrup urine disease;

N. Methmalonic acidemia due to cobalamin A, B defect;

O. Methylmalonic acidemia due to mutase deficiency;

P. Nitrogen metabolism disorder;

Q. Non-ketotic hyperglycinemia;

R. Orinthine transcarbamylase deficiency;

S. Phenylketonuria;

T. Propionic acidemia;

U. Sulfite oxidase deficiency;

V. Trifunctional protein deficiency;

W. Tyrosinemia, type 1; and

X. Very-long-chain-acyl-CoA dehydrogenase deficiency.

*"Medical foods"* means the following:

A. Low protein modified food products;

B. Amino acid based elemental formulas;

C. Extensively hydrolyzed protein formulas;

D. Formulas with modified vitamin or mineral content; and

E. Modified nutrient content formulas.

*"Medical practitioner"* means a *doctor,* nurse anesthetist, physician's assistant, physical therapist, speech therapist, audiologist, or midwife. In addition, *medical practitioner* shall include a master social worker - advanced clinical practitioner, professional counselor and marriage and family therapist when recommended by a Doctor of Medicine or a Doctor of Osteopathy. The following are examples of providers that are not *medical practitioners,* by definition of the *policy:* acupuncturist, occupational therapist, rolfer, registered nurse, hypnotist, respiratory therapist, X-ray technician, emergency medical technician, social worker, family counselor, marriage counselor, child counselor, naturopath, perfusionist, massage therapist, or sociologist. With regard to medical services provided to a *covered person,* a *medical practitioner* must be licensed or certified by the state in which care is rendered and performing services within the scope of that license or certification. With regard to consulting services provided to *us,* a *medical practitioner* must be licensed or certified by the state in which the consulting services are provided.

*"Medically necessary"* means a treatment, test, procedure or confinement that is necessary and appropriate for the diagnosis or treatment of an *illness* or *injury.* This determination will be made by *us* based on *our* consultation with an appropriate medical professional. A treatment, test, procedure or confinement will not be considered *medically necessary* if:

A. It is provided only as a convenience to the *covered person* or provider;

B. It is not appropriate for the *covered person's* diagnosis or symptoms; or

C. It exceeds (in scope, duration, or intensity) that level of care that is needed to provide safe, adequate, and appropriate diagnosis or treatment to the *covered person*.

The fact that any particular *doctor* may prescribe, order, recommend, or approve a treatment, test, procedure, or confinement does not, of itself, make the treatment, test, procedure or confinement *medically necessary*.

To appeal *our* determination that a treatment, test, procedure or confinement is not *medically necessary*, please refer to the Texas Grievance rider attached to this *policy*/certificate.

*"Mental disorder"* means a mental or emotional disease or disorder that is:

A. A disease of the brain with predominant behavioral symptoms;

B. A disease of the mind or personality, evidenced by abnormal behavior; or

C. A disorder of conduct evidenced by socially deviant behavior.

*Mental disorder* includes psychiatric *illnesses* listed in the current edition of the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association.

*"Necessary medical supplies"* means medical supplies that are:

A. Necessary to the care or treatment of an *injury* or *illness;*

B. Not reusable or *durable medical equipment;* and

C. Not able to be used by others.

*Necessary medical supplies* do not include first aid supplies, cotton balls, rubbing alcohol, or like items commonly found in the home.

*"Network"* means a group of *doctors* and providers who have contracts with *us* or *our* affiliates that include an agreed upon price for health care expenses

*"Network eligible expense"* means the *eligible expense* for services or supplies that are provided by a *network provider.* For facility services, this is the *eligible expense* that is provided at and billed by a *network* facility for the services of either a *network* or non-*network provider. Network eligible expense* includes benefits for *emergency* health services even if not provided by a *network provider*.

*"Network provider"* means a *doctor*, provider or member pharmacy who is identified in the most current list for the *network* shown on *your* health insurance identification card.

*"Non-elective caesarean section"* means a caesarean section where vaginal delivery is not a medically viable option.

*"Non-network eligible expense"* means the *eligible expen*se for services or supplies that are provided and billed by a non-*network provider*.

*"Originating site"* means a site at which a patient is located at the time *telehealth service* or *telemedicine medical service* are provided to him or her.

*"Orthotic device"* means a custom-fitted or custom-fabricated medical device that is applied to a part of