IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BREWER | § | |
| | § | |
| VS. | § | C.A. NO. 4:22-CV-00969 |
| | § | |
| GOLDEN RULE INSURANCE COMPANY AND TOBIAS & ASSOCIATES, INC. D/B/A GETMEHEALTHCARE | § § § § | |

**DEFENDANT TOBIAS & ASSOCIATES, INC. D/B/A**
**GETMEHEALTHCARE'S CERTIFICATE OF INTERESTED PARTIES**

TO THE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, TOBIAS & ASSOCIATES, INC. D/B/A GETMEHEALTHCARE, one of the Defendants in the above-styled and numbered cause, and files this its Certificate of Interested Parties. The following persons or entities are financially interested in the outcome of this litigation:

1. Tobias & Associates, Inc.
   d/b/a getmehealtchcare
   123 NW 13th Street, Suite 101
   Boca Raton, Florida 33432
   Defendant Tobias & Associates, Inc. d/b/a getmehealtchcare is a corporation.

2. Michael Brewer, Plaintiff
   c/o Andrew J. Cobos
   Nicholas Kacal
   THE COBOS LAW FIRM
   711 W. Alabama Street
   Houston, Texas 77006
   Mr. Brewer is an individual residing in Harris County, Texas.

3. Golden Rule Insurance Company
c/o Andrew G. Jubinsky
Lance Vernon Clack
FIGARI DAVENPORT LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
Defendant Golden Rule Insurance Company is a corporation.

Respectfully submitted,

**RYMER, ECHOLS, SLAY**
**& NELSON-ARCHER, P.C.**

By: * /s/ Clinton J. Echols*
Clinton J. Echols
State Bar No. 00790625
Federal I.D. No. 20523
2801 Post Oak Blvd., Suite 250
Houston, Texas 77056
Telephone: (713) 626-1550
Facsimile: (713) 626-1558
Email: cechols@resnlaw.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT, TOBIAS & ASSOCIATES, INC. D/B/A GETMEHEALTHCARE**

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing instrument to be served upon the following counsel of record herein via CM/ECF on this 15th day of June, 2022.

Andrew J. Cobos
Nicholas Kacal
THE COBOS LAW FIRM
711 W. Alabama Street
Houston, Texas 77006
*Counsel for Plaintiff*

Andrew G. Jubinsky
Lance Vernon Clack
FIGARI DAVENPORT LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
*Counsel for Golden Rule Insurance Co.*

*/s/ Clinton J. Echols*
Clinton J. Echols