IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BREWER, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | C.A. No. 4:22-cv-00969 |
| GOLDEN RULE INSURANCE COMPANY, and TOBIAS & ASSOCIATES, INC. d/b/a GETMEHEALTHCARE, | § | |
| | § | |
| Defendants. | § | |

**GOLDEN RULE INSURANCE COMPANY'S**
**CERTIFICATE OF INTERESTED PARTIES**

Defendant Golden Rule Insurance Company, one of the Defendants in the above-styled and numbered cause, and files this its Certificate of Interested Parties. The following persons or entities are financially interested in the outcome of this litigation:

1. Golden Rule Insurance Company
   c/o Andrew G. Jubinsky
   Lance Vernon Clack
   FIGARI + DAVENPORT, LLP
   901 Main Street, Suite 3400
   Dallas, Texas 75202

   Defendant Golden Rule Insurance Company is a corporation.

2. Tobias & Associates, Inc.
   d/b/a getmehealtchcare
   123 NW 13th Street, Suite 101
   Boca Raton, Florida 33432

   Defendant Tobias & Associates, Inc. d/b/a getmehealtchcare is a corporation.

3. Michael Brewer, Plaintiff
c/o Andrew J. Cobos
Nicholas Kacal
THE COBOS LAW FIRM
711 W. Alabama Street
Houston, Texas 77006

Mr. Brewer is an individual residing in Harris County, Texas.

Respectfully Submitted,

By: /s/ Lance V. Clack
Andrew G. Jubinsky
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Lance V. Clack
Texas Bar No. 24040694
lance.clack@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
(214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANT
GOLDEN RULE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system, and all others will be notified via certified mail, return receipt requested, on August 26, 2022.

*/s/ Lance V. Clack*
Lance V. Clack