IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BREWER,<br><br>Plaintiff,<br>v.<br><br>GOLDEN RULE INSURANCE COMPANY, and TOBIAS & ASSOCIATES, INC. d/b/a GETMEHEALTHCARE,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 4:22-cv-00969 |

**AGREED MOTION TO DISMISS**

Plaintiff Michael Brewer ("Plaintiff") and Defendant Golden Rule Insurance Company ("GRIC") file this Agreed Motion to Dismiss, and state:

## I. ARGUMENT

Plaintiff and GRIC have resolved the claims between them arising out of this litigation, and they desire and stipulate to the dismissal of Plaintiff's claims against GRIC asserted herein with prejudice.

## II. CONCLUSION

Accordingly, Plaintiff and GRIC request that the Court enter the Order of Dismissal with Prejudice submitted simultaneously and agreed to by Plaintiff and GRIC.

**AGREED:**


By: */s/ Andrew J. Cobos*
Andrew J. Cobos
State Bar No. 24078352
andrew@cobos.law

THE COBOS LAW FIRM
1300 McGowen St.
Houston, TX 77004
(713) 234-5860
(713) 234-5860 (Fax)

ATTORNEYS FOR PLAINTIFF

*By: /s/ Lance V. Clack*
Andrew G. Jubinsky
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Lance V. Clack
Texas Bar No. 24040694
lance.clack@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
(214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANT
GOLDEN RULE INSURANCE COMPANY