IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BREWER, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | C.A. No. 4:22-cv-00969 |
| GOLDEN RULE INSURANCE COMPANY, and TOBIAS & ASSOCIATES, INC. d/b/a GETMEHEALTHCARE, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Michael Brewer ("Plaintiff") and Defendant Golden Rule Insurance Company ("GRIC") have announced to the Court that they stipulate to the dismissal with prejudice of Plaintiff's claims asserted against GRIC in this action. It is accordingly,

ORDERED, ADJUDGED, AND DECREED that all claims asserted in that action, or that could have been asserted against GRIC are dismissed with prejudice. It is further

ORDERED, ADJUDGED, AND DECREED that all costs of Court are taxed against the party incurring same. It is further

ORDERED, ADJUDGED, AND DECREED that all other relief not expressly granted herein is denied.

Dated this ____ day of _______, 2023.

____________________________________
JUDGE PRESIDING

AGREED:

By: */s/ Andrew J. Cobos*
Andrew J. Cobos
State Bar No. 24078352
andrew@cobos.law

THE COBOS LAW FIRM
1300 McGowen St.
Houston, TX 77004
(713) 234-5860
(713) 234-5860 (Fax)

ATTORNEYS FOR PLAINTIFF

*By: /s/ Lance V. Clack*
Andrew G. Jubinsky
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Lance V. Clack
Texas Bar No. 24040694
lance.clack@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
(214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANT
GOLDEN RULE INSURANCE COMPANY