# EXHIBIT "H"

On Wednesday, November 3, 2021, 9:14 PM, Chris Davis <cdavis@getmehealthcare.com> wrote:

Dear Client,

I wanted to reach out as your UnitedHealthcare medical insurance policy is coming to it's expiration/renewal date. In order to renew this coverage or explore alternative carrier options, please contact me directly via email or phone at 561-910-4194. If you would like to renew your current plan at the same level of coverage, I can resend the electronic signature via text or email. Please, do not hesitate to reach out if you have any questions.

Thank you in advance,

--
**Christopher Davis**
**Licensed Agent / Client Relations Specialist**

**P 561-910-4194**
**E cdavis@getmehealthcare.com**