# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

3516474G0T0002402

MICHAEL BREWER

| | |
|---|---|
| Date: | 12/20/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21341-43716-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/01-12/01/21 | PHYSICIANS REF | 428.00 | 271.13 | 271.13 | 01 | | 271.13 | |
| 12/01-12/01/21 | PHYSICIANS REF | 749.00 | 539.28 | 539.28 | 01 | | 539.28 | |
| | TOTALS | 1177.00 | 810.41 | 810.41 | | | 810.41 | |
| | | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | |
| | | | | BALANCE | | | 810.41 | |

-------- **REMARK SECTION** --------

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:
100% 810.41

**TOTAL AVAILABLE BENEFIT:** 810.41

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** 810.41

SUMMARY OF PAYMENT
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 810.41 |

Brewer000009

**TOTAL DRAFTS PAYABLE:** 810.41

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

302GOXICNR0017001-11015-03

**Golden Rule®**

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374

THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.

Pd @ repriced amt MD Anderson

MICHAEL BREWER

| | |
|---|---|
| Date: | 12/28/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21349-43058-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/01-12/01/21 | PHYSICIANS REF | 546.00 | 436.49 | 436.49 | 01 | | 436.49 | |
| | TOTALS | 546.00 | 436.49 | 436.49 | | | 436.49 | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | BALANCE | | | | 436.49 | |

-------- REMARK SECTION ------

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:
100% 436.49

TOTAL AVAILABLE BENEFIT: 436.49

ADJUSTMENTS:

TOTAL BENEFIT PAYABLE: 436.49

**SUMMARY OF PAYMENT**

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 436.49 |

TOTAL DRAFTS PAYABLE: 436.49

If you have any questions about this claim or additional information you wish us to review, please contact:

INS-EOB-EXT

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

362GOXICNR0017001-11015-08

**Golden Rule®**

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/28/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21355-44147-00 |

MICHAEL BREWER

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/01-12/01/21 | PHYSICIANS REF | 59.00 | .00 | .00 | 01 02 03 | | | |
| | TOTALS | 59.00 | .00 | .00 | | | | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | BALANCE | | | | | |

-------- REMARK SECTION ------

01 THE CHARGE WAS REPRICED TO ZERO BY YOUR NETWORK.

02 THIS SERVICE IN A FACILITY SETTING ISN'T COVERED. IF A NETWORK PROVIDER WAS USED, YOU DON'T OWE ANYTHING.

03 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:

TOTAL AVAILABLE BENEFIT: .00

ADJUSTMENTS:

TOTAL BENEFIT PAYABLE: .00

**SUMMARY OF PAYMENT**

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

TOTAL DRAFTS PAYABLE:

If you have any questions about this claim or additional information you wish us to review,please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

INS-EOB-EXT

362GOXICNR0017001-11015-04

Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374

**THIS IS AN EXPLANATION OF BENEFITS. THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/28/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21350-43752-00 |

MICHAEL BREWER

LEAGUE CITY TX

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/01-12/01/21 | PHYSICIANS REF | 25.00 | .00 | .00 | 01 02 03 | | | |
| | TOTALS | 25.00 | .00 | .00 | | | | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | BALANCE | | | | | |

-------- REMARK SECTION ------

01 THE CHARGE WAS REPRICED TO ZERO BY YOUR NETWORK.

02 THIS SERVICE IN A FACILITY SETTING ISN'T COVERED. IF A NETWORK PROVIDER WAS USED, YOU DON'T OWE ANYTHING.

03 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:

TOTAL AVAILABLE BENEFIT: .00

ADJUSTMENTS:

TOTAL BENEFIT PAYABLE: .00

## SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

TOTAL DRAFTS PAYABLE:

If you have any questions about this claim or additional information you wish us to review,please contact:

INS-EOB-EXT

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

Brewer000012

Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21341-50600-00 |

35164746OT0002404
MICHAEL BREWER

LEAGUE CITY TX

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/03-12/03/21 | PHYSICIANS REF | 546.00 | 126.30 | 126.30 | 01 | | 126.30 | |
| | TOTALS | 546.00 | 126.30 | 126.30 | | | 126.30 | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | | BALANCE | | | 126.30 | |

-------- **REMARK SECTION** --------

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:
100% 126.30

**TOTAL AVAILABLE BENEFIT:** 126.30

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** 126.30

SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 126.30 |

Brewer000013

**TOTAL DRAFTS PAYABLE:** 126.30

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

INS-EOB-EXT

Golden Rule®
A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

Date: 12/20/2021
Insured: MICHAEL BREWER
ID Number: 096422291
Claimant: MICHAEL BREWER
Control Number: 21341-43822-00

35164746OT0002403
MICHAEL BREWER
LEAGUE CITY TX

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/03-12/03/21 | PHYSICIANS REF | 283.00 | 65.13 | 65.13 | 01 | | 65.13 | |
| | TOTALS | 283.00 | 65.13 | 65.13 | | | 65.13 | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | | BALANCE | | | 65.13 | |

**-------- REMARK SECTION --------**

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:
100% 65.13

**TOTAL AVAILABLE BENEFIT:** 65.13

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** 65.13

SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 65.13 |

Brewer000014

**TOTAL DRAFTS PAYABLE:** 65.13

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

INS-EOB-EXT

Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21341-53751-00 |

3516474GDT0002405

MICHAEL BREWER

LEAGUE CITY TX

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/04-12/04/21 | PHYSICIANS REF | 283.00 | 65.13 | 65.13 | 01 | | 65.13 | |
| | TOTALS | 283.00 | 65.13 | 65.13 | | | 65.13 | |
| | | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | |
| | | | | BALANCE | | | 65.13 | |

**-------- REMARK SECTION --------**

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:
100% 65.13

**TOTAL AVAILABLE BENEFIT:** 65.13

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** 65.13

SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 65.13 |

Brewer000015

**TOTAL DRAFTS PAYABLE:** 65.13

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

3516474G0T0002407

MICHAEL BREWER

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21342-52569-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/05-12/05/21 | PHYSICIANS REF | 546.00 | 436.49 | 436.49 | 01 | | 436.49 | |
| | TOTALS | 546.00 | 436.49 | 436.49 | | | 436.49 | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | | BALANCE | | | 436.49 | |

**-------- REMARK SECTION --------**

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:
100% 436.49

**TOTAL AVAILABLE BENEFIT:** 436.49

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** 436.49

SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 436.49 |

**TOTAL DRAFTS PAYABLE:** 436.49

Brewer000016

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21342-52343-00 |

3516474G0T0002406

MICHAEL BREWER

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/06-12/06/21 | PHYSICIANS REF | 283.00 | 65.13 | 65.13 | 01 | | 65.13 | |
| | TOTALS | 283.00 | 65.13 | 65.13 | | | 65.13 | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | | BALANCE | | | 65.13 | |

**-------- REMARK SECTION --------**

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:
100% 65.13

**TOTAL AVAILABLE BENEFIT:** 65.13

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** 65.13

SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 65.13 |

**TOTAL DRAFTS PAYABLE:** 65.13

Brewer000017

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

INS-EOB-EXT

Golden Rule®
A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21347-45496-00 |

3516474G0T0002411

MICHAEL BREWER

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/06-12/06/21 | PHYSICIANS REF | 113.00 | 81.36 | 81.36 | 01 | | 81.36 | |
| 12/06-12/06/21 | PHYSICIANS REF | 1025.00 | 778.13 | 778.13 | 01 | | 778.13 | |
| 12/06-12/06/21 | PHYSICIANS REF | 492.00 | 354.24 | 354.24 | 01 | | 354.24 | |
| | TOTALS | 1630.00 | 1213.73 | 1213.73 | | | 1213.73 | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | | BALANCE | | | 1213.73 | |

-------- **REMARK SECTION** --------

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:
100% 1213.73

**TOTAL AVAILABLE BENEFIT:** 1213.73

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** 1213.73

SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 1213.73 |

Brewer000018

**TOTAL DRAFTS PAYABLE:** 1213.73

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21343-43383-00 |

3516474G0T0002408

MICHAEL BREWER

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/07-12/07/21 | PHYSICIANS REF | 283.00 | 65.13 | 65.13 | 01 | | 65.13 | |
| 12/07-12/07/21 | PHYSICIANS REF | 240.00 | .00 | .00 | 02 03 01 | | | |
| | TOTALS | 523.00 | 65.13 | 65.13 | | | 65.13 | |
| | | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | |
| | | | | BALANCE | | | 65.13 | |

PAYABLE AT:
100% 65.13

**TOTAL AVAILABLE BENEFIT:** 65.13

**ADJUSTMENTS:**

-------- **REMARK SECTION** --------

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

02 THE CHARGE WAS REPRICED TO ZERO BY YOUR NETWORK.

03 THIS PROCEDURE IS NOT PAID SEPARATELY. YOU ARE NOT RESPONSIBLE FOR THIS CHARGE.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

**TOTAL BENEFIT PAYABLE:** 65.13

SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 65.13 |

Brewer000019

**TOTAL DRAFTS PAYABLE:** 65.13

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

Golden Rule
A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

3516474G0T0002409

MICHAEL BREWER

| | |
|---|---|
| Date: | 12/20/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21344-49249-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/08-12/08/21 | PHYSICIANS REF | 283.00 | 65.13 | 65.13 | 01 | | 65.13 | |
| | TOTALS | 283.00 | 65.13 | 65.13 | | | 65.13 | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | | BALANCE | | | 65.13 | |

**-------- REMARK SECTION --------**

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:
100% 65.13

**TOTAL AVAILABLE BENEFIT:** 65.13

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** 65.13

SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 65.13 |

**TOTAL DRAFTS PAYABLE:** 65.13

Brewer000020

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

INS-EOB-EXT

Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21347-45344-00 |

3516474G0T0002410

MICHAEL BREWER

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/09-12/09/21 | PHYSICIANS REF | 303.00 | 26.50 | 26.50 | 01 | | 26.50 | |
| | TOTALS | 303.00 | 26.50 | 26.50 | | | 26.50 | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | | BALANCE | | | 26.50 | |

PAYABLE AT:
100% 26.50

**TOTAL AVAILABLE BENEFIT:** 26.50

**ADJUSTMENTS:**

-------- **REMARK SECTION** --------

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

**TOTAL BENEFIT PAYABLE:** 26.50

SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 26.50 |

**TOTAL DRAFTS PAYABLE:** 26.50

Brewer000021

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

362GOXICNR0017001-11015-06

Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

MICHAEL BREWER

| | |
|---|---|
| Date: | 12/28/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21354-56602-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/09-12/09/21 | PHYSICIANS REF | 283.00 | 65.13 | 65.13 | 01 | | 65.13 | |
| | TOTALS | 283.00 | 65.13 | 65.13 | | | 65.13 | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | BALANCE | | | | 65.13 | |

-------- REMARK SECTION ------

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:
100% 65.13

TOTAL AVAILABLE BENEFIT: 65.13

ADJUSTMENTS:

TOTAL BENEFIT PAYABLE: 65.13

**SUMMARY OF PAYMENT**

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 65.13 |

TOTAL DRAFTS PAYABLE: 65.13

If you have any questions about this claim or additional information you wish us to review,please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

INS-EOB-EXT

362GOXICNR0017001-11015-05

Golden Rule®
A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

MICHAEL BREWER

Date: 12/28/2021
Insured: MICHAEL BREWER
ID Number: 096422291
Claimant: MICHAEL BREWER
Control Number: 21351-42669-00

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/09-12/09/21 | PHYSICIANS REF | 337.00 | 24.52 | 24.52 | 01 | | 24.52 | |
| 12/09-12/09/21 | PHYSICIANS REF | 238.00 | 15.74 | 15.74 | 01 | | 15.74 | |
| | TOTALS | 575.00 | 40.26 | 40.26 | | | 40.26 | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | BALANCE | | | | 40.26 | |

-------- REMARK SECTION ------

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:
100% 40.26

TOTAL AVAILABLE BENEFIT: 40.26

ADJUSTMENTS:

TOTAL BENEFIT PAYABLE: 40.26

**SUMMARY OF PAYMENT**

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 40.26 |

TOTAL DRAFTS PAYABLE: 40.26

If you have any questions about this claim or additional information you wish us to review,please contact:

INS-EOB-EXT

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

362GOXICNR0017001-11015-02

**Golden Rule**®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

MICHAEL BREWER

| | |
|---|---|
| Date: | 12/28/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21348-44071-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/10-12/10/21 | PHYSICIANS REF | 283.00 | 65.13 | 65.13 | 01 | | 65.13 | |
| | TOTALS | 283.00 | 65.13 | 65.13 | | | 65.13 | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | BALANCE | | | | 65.13 | |

-------- REMARK SECTION ------

01 THE REPRICED AMOUNT REFLECTS A NEGOTIATED FEE FROM A NETWORK PROVIDER.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

**PAYABLE AT:**
100% 65.13

**TOTAL AVAILABLE BENEFIT:** 65.13

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** 65.13

**SUMMARY OF PAYMENT**

**Drafts have been prepared for the following payees as indicated.**

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| PHYSICIANS REF | 65.13 |

**TOTAL DRAFTS PAYABLE:** Brewer000024

If you have any questions about this claim or additional information you wish us to review,please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

INS-EOB-EXT

Golden Rule®
A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2021 |
| Insured: | MICHAEL BREWER |
| ID Number: | 096422291 |
| Claimant: | MICHAEL BREWER |
| Control Number: | 21348-44076-00 |

3516474G0T0002415

MICHAEL BREWER

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/11-12/11/21 | PHYSICIANS REF | 214.00 | 46.84 | .00 | 01 | | | |
| | TOTALS | 214.00 | 46.84 | .00 | | | | |
| | | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | |
| | | | | BALANCE | | | | |

**-------- REMARK SECTION --------**

01 THESE EXPENSES WERE INCURRED AFTER THE COVERAGE TERMINATED. THE PROVIDER MAY BILL YOU THE ORIGINAL TOTAL CHARGE.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

**TOTAL DRAFTS PAYABLE:**

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

362GOXICNR0017001-11015-07

Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374

THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.

Date: 12/28/2021
Insured: MICHAEL BREWER
ID Number: 096422291
Claimant: MICHAEL BREWER
Control Number: 21354-56602-01

MICHAEL BREWER

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/12-12/12/21 | PHYSICIANS REF | 283.00 | 65.13 | .00 | 01 | | | |
| 12/13-12/13/21 | PHYSICIANS REF | 206.00 | 55.15 | .00 | 01 | | | |
| | TOTALS | 489.00 | 120.28 | .00 | | | | |
| | | | LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | | | |
| | | | BALANCE | | | | | |

-------- REMARK SECTION ------

01 THESE EXPENSES WERE INCURRED AFTER THE COVERAGE TERMINATED. THE PROVIDER MAY BILL YOU THE ORIGINAL TOTAL CHARGE.

REVIEW PLAN INFORMATION, ACCESS SELF-SERVICE OPTIONS, MANAGE YOUR PLAN AND MORE AT MYUHONE.COM

PAYABLE AT:

TOTAL AVAILABLE BENEFIT: .00

ADJUSTMENTS:

TOTAL BENEFIT PAYABLE: .00

SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

TOTAL DRAFTS PAYABLE:

If you have any questions about this claim or additional information you wish us to review,please contact:

INS-EOB-EXT

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)
To Report Fraud (866) 283-7354

Brewer000026