Golden Rule®
A UnitedHealthcare Company

January 25, 2022

MICHAEL BREWER

Identification No: 096-540-158
Insured: Michael Brewer
Claimant: Michael
Control No: 22007-43814-00
Effective Date: December 12, 2021

We have completed our review of your claim(s). Coverage under the Identification (ID) Number shown above was effective on December 12, 2021 and is paid to February 12, 2022.

The plan you applied for and were issued is a Short Term medical plan. Short term policies do not provide coverage for preexisting conditions. Please refer to the preexisting conditions definition in your plan of insurance. Additionally, once a short term coverage period ends, any additional short term plan that is issued is a separate plan with a new preexisting conditions period. Multiple short term plans do not offer a continuation of coverage from one plan to the next.

The plan further states in part:

> "Illness" means in part a sickness, disease, disorder or abnormal condition of a covered person. All illnesses that exist at the same time and which are due to the same or related causes are deemed to be one illness. Further, if an illness is due to causes which are the same as, or related to, the causes of a prior illness, the illness will be deemed a continuation or recurrence of the prior illness and not a separate illness.

We are attaching a list of claims we have received that were filed under your previous short term coverage with us (ID Number 096422291, which was effective on 06/10/21 and terminated on 12/11/21). The condition(s) related to these claims are considered preexisting as defined by your plan's coverage under ID Number 096-540-158 , since they

Golden Rule Insurance Company

P.O. Box 31372
Salt Lake City, UT 84131-0372
(800) 657-8205
WWW.MYUHONE.COM

were incurred prior to the effective date of this plan.

Therefore, these expenses are not covered and we are unable to accept liability under this plan for any expense, including any related condition(s), indicated in the attached list(s). Please note that these expenses are being considered under your previous coverage ID Number (096422291) for any coverage available under that plan.

If you wish to appeal our decision, please send your written request to:

Grievance Administrator
PO Box 31371
Salt Lake City, UT 84131

You may have additional appeal rights available in your state which have previously been provided to you.

By taking this action at the present time, we are not waiving any of our rights under the plan.

Please contact us if you have any questions.

Melissa Shick
Medical History Review

Diagnosis List
Registration Type 9.2

Current Policy #: 096540158
Claimant #:01
Adjustor #: 268

ID#: 096422291
Claimant Name: MICHAEL BREWER
Claimant #: 01

Diagnosis/Condition(s):

| Code | Description | Date(s) of Service |
|---|---|---|
| C62.12 | Malignant neoplasm of descended left testis | 12/01/21-12/10/21, 12/11/21–12/13/21 |
| C62.90 | Malignant neoplasm of unspecified testis, unspecified whether descended or undescended | 12/01/21, 12/03/21, 12/04/21, 12/05/21, 12/07/21, 12/10/21, 12/11/21, 12/17/21 |
| C62.92 | Malignant neoplasm of left testis, unspecified whether descended or undescended | 11/15/21, 11/19/21, 11/24/21, 12/01/21, 12/02/21, 12/06/21, 12/07/21, 12/08/21, 12/09/21, 12/10/21, 12/11/21, 12/12/21, 12/13/21 |
| C77.2 | Secondary and unspecified malignant neoplasm of intra-abdominal lymph nodes | 12/01/21–12/10/21, 12/11/21–12/13/21 |
| C78.6 | Secondary malignant neoplasm of retroperitoneum and peritoneum | 12/01/21–12/10/21, 12/11/21–12/13/21 |
| C79.89 | Secondary malignant neoplasm of other specified sites | 12/09/21 |
| C80.1 | Malignant (primary) neoplasm, unspecified | 12/01/21 |
| D75.1 | Secondary polycythemia | 12/01/21–12/10/21, 12/06/21, 12/07/21, 12/08/21, 12/11/21–12/13/21 |
| E83.42 | Hypomagnesemia | 12/01/21–12/10/21, 12/11/21–12/13/21 |
| F41.9 | Anxiety disorder, unspecified | 12/01/21–12/10/21, 12/11/21–12/13/21 |
| I10 | Essential (primary) hypertension | 12/02/21, 12/03/21, 12/04/21, 12/06/21, 12/07/21, 12/08/21, 12/09/21, 12/10/21, 12/11/21 |
| I12.9 | Hypertensive chronic kidney disease with stage 1 through stage 4 chronic kidney disease, or unspecified chronic kidney disease | 12/01/21 12/10/21, 12/11/21 12/13/21 |
| K59.01 | Slow transit constipation | 12/01/21–12/10/21, 12/11/21–12/13/21 |
| K68.9 | Other disorders of retroperitoneum | 12/06/21 |

| | | |
|---|---|---|
| N13.2 | Hydronephrosis with renal and ureteral calculous obstruction | 12/01/21 |
| N13.30 | Unspecified hydronephrosis | 11/24/21, 12/01/21–12/10/21, 12/11/21–12/13/21 |
| N13.39 | Other hydronephrosis | 12/01/21, 12/02/21, 12/03/21, 12/04/21, 12/10/21, 12/11/21 |
| N17.8 | Other acute kidney failure | 12/10/21, 12/11/21 |
| N17.9 | Acute kidney failure, unspecified | 12/01/21–12/10/21, 12/02/21, 12/03/21, 12/04/21, 12/06/21, 12/07/21, 12/08/21, 12/09/21, 12/11/21–12/13/21 |
| N18.2 | Chronic kidney disease, stage 2 (mild) | 12/10/21, 12/11/21 |
| N18.9 | Chronic kidney disease, unspecified | 12/01/21–12/10/21, 12/11/21–12/13/21 |
| N43.1 | Infected hydrocele | 06/14/21, 07/01/21, 07/06/21 |
| N43.2 | Other hydrocele | 08/09/21, 10/08/21, 10/21/21 |
| N43.3 | Hydrocele, unspecified | 10/21/21 |
| N50.819 | TESTICULAR PAIN, UNSPECIFIED | 06/14/21, 07/01/21, 07/06/21, 08/09/21, 10/08/21, 10/21/21 |
| N50.89 | OTHER SPECIFIED DISORDERS OF THE MALE GENITAL ORGANS | 12/01/21 |
| R10.9 | Unspecified abdominal pain | 12/01/21 |
| R19.00 | Intra-abdominal and pelvic swelling, mass and lump, unspecified site | 12/01/21, 12/09/21 |
| R31.0 | Gross hematuria | 12/10/21, 12/11/21 |
| R31.9 | Hematuria, unspecified | 12/01/21, 12/03/21, 12/04/21, 12/06/21, 12/07/21, 12/08/21, 12/09/21 |
| R59.0 | Localized enlarged lymph nodes | 12/01/21 |
| R91.1 | Solitary pulmonary nodule | 12/01/21–12/10/21, 12/11/21–12/13/21 |