THE UNIVERSITY OF TEXAS
MD Anderson ~~Cancer~~ Center

Making Cancer History®

**Summary**

*Date of Service Requested*

*03/04/2016 - 11/02/2022*

Payments and Inquiries:

**Patient Business Services**

P. O. Box 4461
Houston, TX 77210-4461

**Customer Service:**

(713)792-2991 / (800)527-2318

**Patient Name:** BREWER,MICHAEL

**MRN:** 2629563

MD ANDERSON CANCER CENTER

## Hospital and Clinic *Date of Service: 12/01/2021 - 10/20/2022*

| | |
|---|---|
| Charges | $453,553.05 |
| Adjustments | -$21,636.24 |
| Insurance Payments | -$50,120.68 |
| Patient Payments | -$145,402.98 |
| Insurance Balance | $0.00 |
| Patient Balance | $236,393.15 |
| Other Balance | $0.00 |
| Total Hospital and Clinic | $236,393.15 |

## Professional *Date of Service: 12/01/2021 - 10/20/2022*

| | |
|---|---|
| Charges | $37,340.00 |
| Adjustments | -$9,203.42 |
| Insurance Payments | -$6,408.92 |
| Patient Payments | -$13,450.66 |
| Insurance Balance | $0.00 |
| Patient Balance | $8,277.00 |
| Other Balance | $0.00 |
| Total Professional-Physicians Referral Service (PRS) | $8,277.00 |

## Hospital & Clinic and Professional Summary

| | |
|---|---|
| Charges | $490,893.05 |
| Adjustments | -$30,839.66 |
| Insurance Payments | -$56,529.60 |
| Patient Payments | -$158,853.64 |
| Insurance Balance | $0.00 |
| Patient Balance | $244,670.15 |
| Other Balance | $0.00 |
| Total Hospital & Clinic and Professional Balance | $244,670.15 |

This is not a final bill. Other balance may include accounts that have not been billed.

Report Run Date Time: 11/02/2022 10:44 AM